1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Kyle W. Kellar** (*Pro hac vice* pending)
Direct Dial: 626.683.4590
Direct Fax: 626.577.8800
Email: kkellar@lewisroca.com

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.0853
Direct Fax: 602.734.3769
Email: rpont@lewisroca.com

*Attorneys for Plaintiff wavve Americas, Inc.*

East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation, | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **1. COPYRIGHT INFRINGEMENT [17 U.S.C. § 501]; AND** |
| Unknown Registrant Of dramanice.la; Unknown Registrant Of runasian.net; Unknown Registrant Of watchasia.to; Unknown Registrant Of asianwiki.co; Unknown Registrant Of dramacool.bg; Unknown Registrant Of dramacool.com.tr; Unknown Registrant Of dramacool.com.vc; Unknown Registrant Of dramacool9.co; Unknown Registrant Of dramacool.tr; Unknown Registrant Of dramacool.co.ba; Unknown Registrant Of dramacool.ba; Asian C, an individual; Najeeb Ullah, an individual; and Minh Van Ngoc Mym, an individual, | **2. CONTRIBUTORY COPYRIGHT INFRINGEMENT [17 U.S.C. § 501]** |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff wavve Americas, Inc. ("wA" or "Plaintiff"), by and through its attorneys, asserts this Complaint against an online copyright piracy ring focusing on Korea-language shows and movies operating under the name Dramacool[1]. At present, the various actors in this piracy ring include Defendants Unknown Registrant of DRAMANICE.LA, Unknown

---
[1] To a less extent, this group also operates under the name Dramanice.

125919924.5

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

1  Registrant of RUNASIAN.NET, Unknown Registrant of WATCHASIA.TO, Unknown

2  Registrant of ASIANWIKI.CO, Unknown Registrant of DRAMACOOL.BG, Unknown

3  Registrant of DRAMACOOL.COM.TR, Unknown Registrant of

4  DRAMACOOL.COM.VC, Unknown Registrant of DRAMACOOL9.CO, Unknown

5  Registrant of DRAMACOOL.TR, Unknown Registrant of DRAMACOOL.CO.BA,

6  Unknown Registrant of DRAMACOOL.BA, Asian C, the registrant of ASIANC.SH,

7  Najeeb Ullah, the registrant of DRAMACOOL.COM.SO, and Minh Van Ngoc Mym, the

8  developer of the Dramacool - Kdrama Video Movie application available for download on

9  the Apple App Store (collectively, "Defendants").

10  The domain names at issue in this case are DRAMANICE.LA, RUNASIAN.NET,

11  WATCHASIA.TO, ASIANC.SH, ASIANWIKI.CO, DRAMACOOL.BG,

12  DRAMACOOL.COM.TR, DRAMACOOL.COM.SO, DRAMACOOL.COM.VC,

13  DRAMACOOL9.CO, DRAMACOOL.TR, DRAMACOOL.CO.BA, and

14  DRAMACOOL.BA (collectively, the "Domain Names").  The true identity/identities of the

15  registrants and/or owners of the domain names of DRAMANICE.LA, RUNASIAN.NET,

16  WATCHASIA.TO, ASIANWIKI.CO, DRAMACOOL.BG, DRAMACOOL.COM.TR,

17  DRAMACOOL.COM.VC, DRAMACOOL9.CO, DRAMACOOL.TR,

18  DRAMACOOL.CO.BA, and DRAMACOOL.BA (collectively, the "Masked Domain

19  Names") is/are presently unknown, as set forth below.

20  Further, the digital application at issue in this case is entitled Dramacool - Kdrama

21  Video Movie (the "DRAMACOOL APP"), developed by Minh Van Ngoc Mym.  The

22  DRAMACOOL APP is available for download via Apple Inc.'s ("Apple") digital app

23  marketplace, the App Store (the "Apple App Store"), which is available on electronic

24  devices having Apple's iOS software installed therein (e.g., iPhones and iPads).

25  **JURISDICTION AND VENUE**

26  1.  This is an action for copyright infringement under 17 U.S.C. § 501.

27  2.  This Court has jurisdiction over the subject matter of this lawsuit pursuant to,

28  *inter alia*, 28 U.S.C. §§ 1331 and 1338(a).

3.    The Court has specific personal jurisdiction over Defendant registrants and/or owners of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, ASIANC.SH, and ASIANWIKI.CO (the "Affiliated Domain Names") because they[2] have registered these Domain Names with Namecheap, Inc., an Arizona-based domain registrar with a website at NAMECHEAP.COM ("Namecheap").    True and correct copies of the WHOIS information available for each of these Domain Names listing Namecheap under Registrar Information are attached as Exhibits A-1 through A-5.

4.    Namecheap requires its registrants to consent to personal jurisdiction in this Court for disputes between Namecheap registrants, such as those of the Affiliated Domain Names, and third parties, such as wA.    Specifically, the Namecheap Registration Agreement, to which all Namecheap registrants must agree, provides that:

> [F]or the adjudication of third party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you shall submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public WHOIS record for the domain name(s) in controversy, and (ii) where we are located, currently those State or federal courts whose geographic districts include Maricopa County, State of Arizona.

A true and correct copy of the Namecheap Registration Agreement is attached as Exhibit B-1.

5.    Similarly, the Court has specific jurisdiction over Defendant Unknown Registrant of DRAMACOOL9.CO because he or she has registered this Domain Name with NameSilo, LLC ("NameSilo"), an Arizona-based domain registrar with a website at NAMESILO.COM.    A true and correct copy of the WHOIS information for DRAMACOOL9.CO is attached as Ex. A-10.

---

[2] For clarity, Defendants will be jointly referred to using the third-person pronoun "they." However, it is unknown at this time if the registrants of any of the Masked Domain Names are different individuals or entities, or if they are the same individual or entity, and the use of "they" should not be understood as a representation that the registrants of any of the Masked Domain Names are different individuals or entities.

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

6.    According to its Terms and Conditions[3], NameSilo also requires its registrants to consent to personal jurisdiction in this State where it is located for disputes between NameSilo parties, such as the registrant of DRAMACOOL9.CO, and third parties, such as wA.    Specifically, NameSilo's Terms and Conditions, to which all NameSilo registrants must agree, provides that:

> [F]or the adjudication of third party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you shall submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public WHOIS record for the domain name(s) in controversy, and (ii) where we are located.

A true and correct copy of the NameSilo's Terms and Conditions is attached as Exhibit B-2.

7.    Further, this Court has personal jurisdiction over Minh Van Ngoc Mym, the developer of the DRAMACOOL APP because this digital application is distributed within this state through the Apple App Store, the content of which is accessible, without restriction, in this state.

8.    Additionally, this Court has specific jurisdiction over each Defendant on account of their distribution of infringing content within this state.    The Court's exercise of personal jurisdiction over Defendants is reasonable.

9.    Furthermore, if the Court finds that any Defendant has not consented to jurisdiction in this Court or that the requirements for specific personal jurisdiction are otherwise unmet, this Court has general personal jurisdiction over Defendants under at least Fed. R. Civ. P. 4(k)(2) because Plaintiff's claim arises under federal copyright law, any such Defendant would not be subject to jurisdiction in any one state's courts of general jurisdiction, and the exercise of jurisdiction over any such Defendant would comport with due process.

---

[3] https://www.namesilo.com/support/v2/articles/general-terms/terms-and-conditions (last accessed September 25, 2024).

125919924.5                                        - 4 -

10.    Venue is appropriate in this district under 28 U.S.C. § 1391 because the claim asserted arises out of wrongful acts that occurred and are occurring within this judicial district.

**THE PARTIES**

11.    Plaintiff wavve Americas, Inc. is a Delaware corporation with its principal place of business at 515 S. Figueroa St., Suite 1230, Los Angeles, California 90071.

12.    Defendants are: the registrant(s) and/or owners(s) of the Masked Domain Names; Asian C, the registrant of ASIANC.SH; Najeeb Ullah, the registrant of DRAMACOOL.COM.SO; and Minh Van Ngoc Mym, the owner of the DRAMACOOL APP.[4]

13.    In this case, the identity of Defendant unknown registrant of RUNASIAN.NET is protected by a "privacy protection" service offered by the company Withheld for Privacy ehf ("Withheld for Privacy").  *See* Ex. A-2.  Withheld for Privacy allows a registrant to register a domain name without listing the registrant's true name, email address, or contact information in the publicly available "WHOIS" database of domain name registrants.   Instead, Withheld for Privacy submits generated "proxy" information to the WHOIS database to "identify" the registrant.

14.    According to Withheld for Privacy's Terms of Service, a true and correct copy of which is attached as Exhibit D, Withheld for Privacy "provide[s] anonymized email solutions that allow third parties to contact your Customer directly without disclosing your Customers personal email information."  This process is further explained at Namecheap's website addressing "How does Domain Privacy work?," where Namecheap explains that "Your personal email address will be replaced with a unique Withheldforprivacy.com one (e.g., *35180ba032214a9387fe517f46b6037d.protect@withheldforprivacy.com*), and every

---

[4] To the extent temporary and/or final resolution of this matter requires action by Namecheap, wA understands that Namecheap consents to this Court's jurisdiction without being a named party in the lawsuit.  Exhibit C is a true and correct copy of Namecheap's Court Order & Subpoena Policy, which states "No, you do not need to name Namecheap or Withheld for Privacy in a legal action."

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

email sent to this email address will be forwarded to your Registrant email address." A true and correct screenshot of this website is attached as Exhibit E.

15.    The identity of Defendant, unknown registrant of DRAMANICE.LA, is missing from its publicly available WHOIS information. *See* Ex. A-1. It is yet unknown whether the registrant(s) and/or owner(s) of this Masked Domain Name use a WHOIS privacy service to conceal their identity or if the information is simply incomplete.

16.    The identity of Defendant unknown registrant of WATCHASIA.TO is unavailable in its WHOIS information, which simply lists "REDACTED" for each field. *See* Ex. A-3. It is yet unknown whether the registrant(s) and/or owner(s) of this Masked Domain Name use a WHOIS privacy service to conceal their identity or if the information is simply entered as REDACTED.

17.    According to its publicly available WHOIS information, the identity of the Defendant registrant of ASIANC.SH is apparently an individual named "Asian C," who is associated with the organization "NOne" and is located in Pathum Wan, Thailand. *See* Ex. A-4.

18.    The identity of Defendant unknown registrant of ASIANWIKI.CO is unavailable in its WHOIS information, which simply lists "REDACTED FOR PRIVACY" for each field. *See* Ex. A-5. It is yet unknown whether the registrant(s) and/or owner(s) of this Masked Domain Name also use Withheld for Privacy to conceal their identity.

19.    According to its publicly available WHOIS information, the identity of DRAMACOOL.BG has not been published by its registrar in apparent compliance with European General Data Protection Regulation (GDPR) 2016/679. A true and correct copy of this Masked Domain Name's publicly available WHOIS information is attached as Exhibit A-6.

20.    According to its publicly available WHOIS information, the identity of DRAMACOOL.COM.TR has been "hidden upon user request." A true and correct copy of this Masked Domain Name's publicly available WHOIS information is attached as Ex. A-7.

21.    According to its publicly available WHOIS information, the identity of the Defendant registrant of DRAMACOOL.COM.SO is apparently an individual named "Najeeb Ullah," residing in Pakistan.  However, all other information pertaining as to this registrant's identity (for e.g., registrant organization, registrant city, registrant email, etc.) has been "REDACTED FOR PRIVACY" from its WHOIS information, a true and correct copy of which is attached as Exhibit A-8.

22.    Apart from his or her province and country of residence, Punjab, Pakistan, the identity of Defendant unknown registrant of DRAMACOOL.COM.VC is unavailable in its WHOIS information, which simply lists "REDACTED FOR PRIVACY" for every other field.  *See* Ex. A-9.

23.    Additionally, the identity of Defendant unknown registrant of DRAMACOOL9.CO is protected by a "privacy protection" service offered by the company PrivacyGuardian.org LLC ("PrivacyGuardian").  *See* Ex. A-10.  Similar to Withheld for Privacy, PrivacyGuardian also allows a registrant to register a domain name without listing the registrant's true name, email address, or contact information in the publicly available "WHOIS" database of domain name registrants[5].  Further, PrivacyGuardian's services are offered only through certain domain name registrars, including NameSilo, and the registrant of DRAMACOOL9.CO is using these services to conceal their identity.

24.    According to its publicly available WHOIS information, the identity of DRAMACOOL.TR has been "hidden upon user request."  A true and correct copy of this Masked Domain Name's publicly available WHOIS information is attached as Exhibit A-11.

25.    As to the Masked Domain Names of DRAMACOOL.CO.BA, and DRAMACOOL.BA, upon information and belief, the complete WHOIS records for these domain names are unavailable, and the domain names are either "invalid or unsupported." *See* Exs. A-12, A-13.

---

[5] https://www.privacyguardian.org/ (last accessed September 25, 2024).

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

26.     According to Apple, and the publicly available information available on the App Store, the developer of the DRAMACOOL APP is Minh Van Ngoc Mym.  A web capture of the download page of the DRAMACOOL APP as it appears on the App Store, which includes information directed to the identity of the developer, is attached as Exhibit A-14.

## FACTUAL BACKGROUND

### wavve Americas' KOCOWA® Service and Exclusive Copyright Rights

27.     wA is a leading entertainment company and distributor of Korea-originating media content in the Americas. wA is a joint partnership between Content Wavve, SK Telecom, Kwangju Broadcasting Corporation (KBS), Munhwa Broadcasting Corporation (MBC), and Seoul Broadcasting System (SBS).  KBS, MBC, and SBS are the three largest Korean broadcast networks.

28.     Recognizing a growing demand for Korea-produced programming in the United States, wA built its KOCOWA® platform to provide K-drama, K-reality, K-variety, and K-pop content in the United States and elsewhere.  wA's KOCOWA platform is an over-the-top (OTT) media service that distributes (*i.e.*, streams) media content directly to viewers via the Internet.  wA owns and maintains the domain name KOCOWA.COM, through which it provides information about, accepts subscriptions to, and provides an on-line version of its KOCOWA® service.  The KOCOWA® service is also available via applications available on, for example, the Apple App Store and the Google Play Store.

29.     wA does not currently create original content.  Instead, wA licenses original programming that first airs in Korea[6] for distribution in the United States and elsewhere via its KOCOWA® service.  wA currently offers more than 1,300 shows through its Kocowa service, and new programming is added regularly.

---

[6] All references to "Korea" herein refer to the Republic of Korea, colloquially known as South Korea.

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

30.    wA has been granted exclusive licenses from the copyright owners including, *inter alia*, the three largest Korean broadcast networks—KBS, SBS, and MBC—to distribute (*i.e.*, stream) over 1,100 different programs in the United States and elsewhere.

31.    A current list of content that is presently exclusively licensed to wA for distribution (*i.e.*, streaming) in, *inter alia*, the United States is attached as Exhibit F.  In addition to bulk licensing, some programs are individually licensed to wA for distribution. A sample of such license agreements, each of which grants wA, *inter alia*, the exclusive right to distribute the listed program in the United States, is attached as Exhibit G (the exclusively licensed programs listed in Exhibits F and G are collectively referred to as the "Works").[7]

32.    The KOCOWA® service provides content, including the Works, as a Video-on-Demand service to registered users.  Some content is available to registered users for free with ads, from which wA generates revenue.  This is called Advertising Video-on-Demand (AVOD).  However, the vast majority of content is provided without ads to registered users that pay a recurring subscription fee to wA.  This is called Subscription Video-on-Demand (SVOD).

**Infringement of wA's Exclusive Distribution Rights**

33.    Defendants are the presently the unknown registrants and owners of the Masked Domain Names, Asian C, the registrant of ASIANC.SH, Najeeb Ullah, the registrant of DRAMACOOL.COM.SO, and Minh Van Ngoc Mym, the developer of the DRAMACOOL APP, with each of these Domain Names and the digital application being accessible to and targeting individuals in the United States.  Upon information and belief, each of these Defendants, to the extent they are different individuals, are cooperating together in furtherance of the Dramacool piracy ring.  A printout of the webpage that resolves from each of the Domain Names as it appears in the United States is attached as Exhibits H-1 through H-13, with the corresponding access date printed in the footer of each

---

[7] Some agreements are in English while others are in Korean.  The Korean-language agreements have a translation appended thereto.

printout.   Further, a screenshot of the DRAMACOOL APP, as it appears in the United States as of September 24, 2024, is attached as Exhibit H-14.

34.    Upon reaching the webpages that resolve from the Domain Names[8], users can select from a wide variety of media content, including TV shows and movies, for viewing entirely free of charge, many of which are exclusively licensed to wA for distribution in the United States.

35.    The webpages specifically resolving from each of the Affiliated Domain Names of RUNASIAN.NET, WATCHASIA.TO, ASIANC.SH, and ASIANWIKI.CO are of virtually identical appearance (for e.g., color scheme) and layout (for e.g., the labelling and placement of menu buttons), with the term "DRAMACOOL" proudly displayed in the upper-right corner of each of these webpages.  *See* Exs. H-2, H-3, H-4, H-5.

36.    While the domain name of DRAMANICE.LA has a different appearance from the rest of the Affiliated Domain Names, its webpages advertise "DRAMACOOL," along with several other infringing groups of websites.  *See* Ex. H-1.  Further, the "About Us" webpages associated with each of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH have virtually identical descriptions: "[w]e are a group of College Student that love to watch Drama and we want to share what we love with the whole world. I hope that you like our website and enjoy your stay here at [Domain Name]."   *See*  Exs. K-1, K-2, K-3, K-4.   Even the "Contact Us" webpage for ASIANWIKI.CO is, in fact, hyperlinked to the "Contact Us" webpage for ASIANC.SH. *See* Exs. H-4, H-5.

### *The Domain Name Of ASIANWIKI.CO*

37.    Additionally, the Domain Name of ASIANWIKI.CO promotes and directly offers access to at least the copyright piracy operations occurring on the Domain Names of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH.

---

[8] The Domain Name of ASIANWIKI.CO promotes and directly offers infringing content present on webpages resolving from the Domain Names of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH, as discussed further herein.

38.    Upon information and belief, the Defendant registrants of the Affiliated Domain Names use the same Affiliated Domain Name, ASIANWIKI.CO[9], and social media pages, including https://x.com/dramacoolcom (X, formerly Twitter) https://t.me/dramacoolreal (Telegram) and https://discord.com/invite/X3VGtbDQYn (Discord) to promote their illegal distribution network.  Indeed, Defendants regularly update their viewers with specific links to the Domain Names via ASIANWIKI.CO and their social media pages, an example of which is reproduced as Figure A and Figure B, respectively, evidencing their established practice of evading copyright enforcement by moving their operation to new domains, even after having a judgement rendered against them.[10]



*FIG. A*

---

[9] https://asianwiki.co/announcement.html (last accessed August 27, 2024.)
[10] A preliminary injunction was issued as far back as 2016 against several infringing domain names whose webpages were also of a "DRAMACOOL" appearance.  *ABS-CBN Corporation et. al v. Dramacool.com et. al*, No. 0:15-cv-62651-JIC, Dkt 20 (S. D. Fla Jan. 4, 2016).

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA





*FIG. B*

//

//

//

//

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

***The Copycat Infringing Domain Names***

39.    Additionally,    the    Domain    Names    of    DRAMACOOL.BG, DRAMACOOL.COM.TR,    DRAMACOOL.COM.SO,    DRAMACOOL.COM.VC, DRAMACOOL9.CO,    DRAMACOOL.TR,    DRAMACOOL.CO.BA,    and DRAMACOOL.BA (collectively, the "Copycat Domain Names") are believed to be copycat websites, with each having a virtually identical appearance and layout as that of ASIANC.SH, RUNASIAN.NET, WATCHASIA.TO, and ASIANWIKI.CO.  Although the Dramacool social media page at X (formerly Twitter) disclaims the domain name DRAMACOOL.BG in a post dated April 26, 2024 (reproduced below as Figure C), this domain remains active and, at the very least, relies upon the Affiliated Domain Names to copy from, if Dramacool is to be believed.



*FIG. C*

40.    It is currently believed that the Domain Names of DRAMANICE.LA, RUNASIAN.NET,    WATCHASIA.TO,    ASIANC.SH,    ASIANWIKI.CO

DRAMACOOL.BG,        DRAMACOOL.COM.TR,        DRAMACOOL.COM.SO,
DRAMACOOL.COM.VC,        DRAMACOOL9.CO,        DRAMACOOL.TR,
DRAMACOOL.CO.BA, DRAMACOOL.BA and the DRAMACOOL APP together are part of a large-scale copyright piracy ring, lacking legitimate rights to distribute much, if any, of the content it distributes.  On information and belief, the Defendants are responsible for uploading the infringing content to the webpages resolving from these domain names and informing viewers of new Dramacool domain names via ASIANWIKI.CO and the other Dramacool social media channels.

**The Infringing DRAMACOOL APP**

41.    Furthermore, a digital application available for download on the Apple App Store, the DRAMACOOL APP, is offering infringing content that is directly available through the DRAMACOOL APP.  Indeed, a potential user simply has to download the DRAMACOOL APP to access a vast quantity of infringing content, all on their personal device.

42.    Specifically, upon opening the DRAMACOOL APP, a user is first shown an array of thumbnails featuring infringing content.  *See* Ex. H-14.  In an effort to determine whether any of the content exclusively licensed to wA was available on the DRAMACOOL APP (which it is), counsel for wA searched for the Korean show "Taxi Driver."  This search yielded several infringing results, including not only "Taxi Driver," but "Taxi Driver 2" as well, both of which are exclusively licensed to wA.  A true and correct copy of the search results is attached as Exhibit S-1.

43.    Upon interacting with any of the search results, the infringing material is shown.  For example, upon clicking the thumbnail of "Taxi Driver 2," counsel for wA was shown the related infringing content.  A true and correct copy of "Taxi Driver 2" as shown on the DRAMACOOL APP is attached as Exhibit S-2.

44.    Further, the appearance of the DRAMACOOL APP closely resembles that of some of the Affiliated Domain Names.  For example, the application icon of the DRAMACOOL APP (reproduced below as FIG. D) is virtually identical to two-faces logo

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

1    shown in the upper left-hand corner of the webpages resolving from RUNASIAN.NET,

2    WATCHASIA.TO, ASIANC.SH, and ASIANWIKI.CO (reproduced below as FIG. E),

3    with both displaying what appears to be opposing faces, each with opposing expressions.

4    *See* Exs. H-2, H-3, H-4, H-5.  The application icon of the DRAMACOOL APP (reproduced

5    below as FIG. D) is also nearly identical to Dramacool's Telegram channel icon

6    (reproduced below as FIG. F).  Accordingly, it is believed that the registrants of the

7    Affiliated Domain Names are the same as, or working in coordination with, the developer

8    of the DRAMACOOL APP at least to the extent that these registrants and the developer

9    may have knowledge of each other.

10

        

FIG. D                    FIG. E                    FIG. F

### *Frustration of Enforcement Efforts*

45.    To frustrate enforcement efforts, many of the Domain Names use rotating or
varying Country code top-level domains (ccTLDs).  CcTLDs are generally reserved for
countries and some territories.  Infringing websites, such as Defendants', have traditionally
used a network of ccTLDs to evade enforcement.[11]  This allows infringing websites to
quickly "move," in a virtual sense, the infringing content without requiring the purchase
and maintenance of a new domain name.

46.    For example, the Domain Name of ASIANC.SH (.SH is the ccTLD
corresponding to the British Overseas Territory of Saint Helena[12]) was accessible at

---

[11] https://torrentfreak.com/pirate-bay-moves-to-guyana-131218/ (last accessed August 16, 2024).
[12] https://www.ionos.com/digitalguide/domains/domain-extensions/cctlds-a-list-of-every-country-domain/?srsltid=AfmBOorteeZVrrHdMlL_4rIjE6K2rmoVXSb4wmI_nVD2DWLglT4IZOR9
(last accessed August 16, 2024).

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

125919924.5

ASIANC.TO (.TO is the ccTLD corresponding to Tonga, an island country in Polynesia[13]) until at least April 26, 2024[14].  *See* Ex. A-4.

47.    In some other instances, the infringing content is moved to similar but different domain names altogether but with little to no change in the website layout, design, or content.  For example, the infringing content previously accessible at the Domain Name of WATCHASIAN.ID was moved to WATCHASIAN.TO and was subsequently moved to WATCHASIA.TO (omitting the "N"), while the website design, layout, and content remained essentially unchanged, as shown in the Wayback Archive snapshot of WATCHASIAN.ID attached as Exhibit J.  Indeed, in each instance, the website uses the same distinctive "DRAMACOOL" trademark evidencing that the same individual or entity owns and is responsible for each of these slightly different domain names.

48.    Even the DRAMACOOL APP is believed to furtively disable access to the infringing content hosted therein, only to resume its distribution of the infringement content mere hours later.  In fact, a user stated in an App Store review posted on August 13, 2024 (reproduced below as FIG. G) that "today at 3pm it [the DRAMACOOL APP] switched to ***video editor*** and since I mostly just delete it and reinstall it after two hours and it's back to the kdrama things" (***emphasis*** added).  Accordingly, the DRAMACOOL APP appears to convert to a "video editor" temporarily, to presumably avoid being removed from the Apple App Store.

//

//

---

[13] *See* supra.
[14] https://x.com/dramacoolcom/status/1784068191141986649?s=46 (last accessed September 24, 2024).

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

★★★★☆

Seo hyun Jin fan, 08/13/2024

**Im getting tried**

The app is great but right now it's getting on my nerves, today at 3pm it switched to video editor and since I mostly just delete it and reinstall it after two hours and it's back to the kdrama things yk but today it started at 3pm and it's now currently 10pm and it's still isn't the video editor so idk if that's the end of free kdramas but if it is then this app is about to fall down because the main reason why I even used this app is to watch kdramas not to do video editor so if your reading this right please fix it I was perfectly fine waiting two hours because in the end of the day it was worth it but now no it's been seven hours and I still don't have my kdramas so hurry up or your app will definitely fall down and go back to where it was at first

*FIG. G*

49.    Because many of the Domain Names and the DRAMACOOL APP use such methods of concealment to hide their infringing activities and frustrate enforcement efforts, the only remedy available to wA is that each of the Domain Names itself be terminated or canceled and the DRAMACOOL APP be removed from the Apple App Store, with an Order preventing Defendants from "virtually" moving the infringing content to a new domain name and publishing any digital applications for download on the Apple App Store.

50.    As explained above, wA has the exclusive right to distribute (*i.e.*, stream) in the United States over 1,300 shows created by Korean networks and companies and that first air in Korea.  wA distributes the Works through its KOCOWA® OTT service and receives renumeration in the form of advertising revenue for AVOD programming and subscription revenue for SVOD content.

51.    Defendants do not have permission to copy, host, publish, and/or distribute any of the Works.  A small sample of the Works illegitimately available via the Domain Names, along with where these Works are available for legitimate viewing via wA's KOCOWA service, is attached as Exhibits I-1 through I-12.

52.     Defendants are promoting and/or distributing unauthorized copies of at least the Works listed in Exhibit I free of charge via their respective Domain Names.  Further, Defendants are distributing the unauthorized copies of the Works in the same OTT format as wA's KOCOWA® service to users in the United States.

53.     As their domain name registrar, Namecheap has the authority to control and manage at least the Affiliated Domain Names by handling reservation of these domain names, assignment of available IP addresses, and if so ordered, transfer, suspension, or cancellation of the domain names.

54.     Defendant registrants of the Affiliated Domain Names rely on Namecheap's services to operate their respective domain names.

55.     Defendants are profiting from the unauthorized distribution of the Works at least through the extensive placement of advertisements on their respective Domain Names.

56.     Each of the Domain Names specifically targets United States individuals because their respective webpages are entirely in English, with even the Korean-language program titles thereon being translated to English for easier viewing by individuals in the United States.

57.     Additionally, at least each of the Affiliated Domain Names, and DRAMACOOL.BG, specifically targets United States individuals because each of them includes a copyright disclaimer webpage, entirely in English, thereby addressing legal compliance exclusively relevant to individuals in the United States.

58.     Furthermore, each of the Domain Names specifically targets United States individuals because they respectively utilize Cloudflare's North American CDN (Content Delivery Network) service, for faster and more reliable viewing by individuals in the United States.

59.     Additionally, the DRAMACOOL APP specifically targets United States individuals because it is available for download via the Apple App Store.  The DRAMACOOL APP even shows users advertisements in English, which further demonstrates that the DRAMACOOL APP is targeted to the United States.  A few examples

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

of such advertisements targeting United states individuals is attached as Exhibits S-3, S-4, and S-5.

60.    None of the Defendants have a registered agent for the notification of copyright infringement as required by the Digital Millennium Copyright Act, 17 U.S.C. § 512, ("DMCA") and, therefore, are ineligible for any safe harbor against liability that the DMCA provides.

### wA's Attempts to Stop the Infringing Conduct

61.    Counsel for wA contacted Namecheap, the registrar for each of the Domain Names of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH, by email on August 19, 2024.  A true and correct copy of this email is attached as Exhibit L.  In the August 19th email, wA's counsel informed Namecheap of the infringement occurring on the websites associated with each of the Affiliated Domain Names, and states that these websites "are respectively unlawfully providing, *inter alia*, numerous Korean television shows and films to viewers in the United States."  wA further states that "wA is authorized to take this action by the copyright holder," and that wA has a good faith belief that each of these infringing websites "do not have the right to present this show to viewers in the United States."  wA also requests Namecheap "to immediately disable access to the infringing material" available on each of these websites.

62.    That same day, on August 19, 2024, wA's counsel received a response from Namecheap confirming receipt of wA's email, and assigning the matter Namecheap ticket ID: FXT-956-93890.  A true and correct copy of Namecheap's email acknowledging receipt is attached as Exhibit M.  To date, wA has not received any substantive response from Namecheap.

63.    On August 19, 2024, counsel for wA also attempted to directly contact the registrants and/or owners of the Affiliated Domain Names via an email address (drama.reply@gmail.com) listed on the "Contact Us" webpage of the Affiliated Domain Name of ASIANC.SH[15], to notify the registrants of the Affiliated Domain Names of their

---

[15] https://asianc.sh/contact-us (last accessed August 27, 2024); *see also* Ex. R-1.

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

copyright infringement.  Within this email, wA's counsel specifically informs each of these Defendants that the domain names of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH are "unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights," and demands that each of these Defendants "remove all infringing works from the same," including "the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement."  A true and correct copy of this email to drama.reply@gmail.com is attached as Exhibit N.

64.    However, upon information and belief, this email never reached its intended recipient(s), and the email address of drama.reply@gmail.com apparently "does not exist," as stated in the Microsoft Digest Notification attached as Exhibit O.

65.    On August 19, 2024, counsel for wA further attempted to contact the registrants and/or owners of the Affiliated Domain Names via an email address (contact.dramacool@gmail.com) identified on a webpage resolving from the Affiliated Domain Name of ASIANWIKI.CO[16].  Within its email, counsel for wA notifies the registrants of the Affiliated Domain Names of their copyright infringement.  In fact, wA's counsel specifically informs each of these Defendants that the domain names of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH are "unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights."  wA's counsel also demands that each of these Defendants "remove all infringing works from the same," including "the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement."  In its letters, wA further states its intent to file suit if these demands are not met.  A true and correct copy of this email to contact.dramacool@gmail.com is attached as Exhibit P.  To date, wA has not received any response to this August 19th email.

---

[16] https://asianwiki.co/new-site-of-dramacool.html (last accessed August 27, 2024) *see also* Ex. R-2.

66.    Namecheap has been aware of the copyright infringement occurring on the webpages resolving from each of the domain names of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, ASIANC.SH, since at least August 19, 2024. To date, Namecheap has not taken any action to restrict access to any portion of these Domain Names in response to wA's request.

67.    On August 19, 2024, counsel for wA lodged a complaint against the DRAMACOOL APP through the Apple App Store Content Dispute form[17], in an effort to remove this infringing digital application from App Store, and prevent further downloads of the same.    In the complaint lodged with Apple, wA's counsel states that the DRAMACOOL APP "is available for download via the Apple App Store, [and] is unlawfully providing numerous Korean television shows and films to viewers in the United States, that are exclusively licensed to wA … [o]ne specific example is the Korean show Taxi Driver," and that "wA has not authorized use of its copyright-protected content."  wA's counsel further requests Apple to "immediately disable access to the Application and the infringing material therein" and establish "an open line of communication between it [wA] and Apple so any future copyright infringement can be promptly addressed."  A true and correct copy of an automated email from Apple detailing wA's complaint against the DRAMACOOL APP is attached as Exhibit Q-1.

68.    On August 19, 2024, Apple acknowledged receipt of wA's complaint via email, and assigned wA's complaint with a reference number of APP213288.  That same day, Apple also notified the developer of the DRAMACOOL APP of wA's allegations of copyright infringement against it.  Till date, wA has not received any communication from the developer of the DRAMACOOL APP generally, or in response to Apple's notification. True and correct copies of Apple's emails acknowledging receipt of wA's complaint and notifying the developer of the DRAMACOOL APP are attached as Exhibits Q-2 and Q-3, respectively.

---

[17] https://www.apple.com/legal/intellectual-property/dispute-forms/app-store/app-store-dispute.html (last accessed September 9, 2024).

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

69.     On September 3, 2024, Apple sent wA a follow-up email seeking an update on the status of wA's communications with the developer of the DRAMACOOL APP.  A true and correct copy of Apple's September 3, 2024 email is attached as Exhibit Q-4.  wA's counsel responded that same day, and, in its email, specifically requests Apple for the identity of the recipient "who owns the email address <reed85098@gmail.com> that was included on this thread."  Apple has not provided the identity of the owner of this email address till date.  Counsel for wA then followed up on September 6, 2024, and informed Apple that "[w]e have not heard from the developer, and the infringing content is still available on the app," and that "[w]e will be filing a copyright lawsuit shortly including this app, likely the District of Arizona."  True and correct copies of wA's September 3, 2024 and September 6, 2024 emails are attached as Exhibits Q-5 and Q-6, respectively.

70.     As of today, each of the Domain Names remain active, and the webpages resolving from each of the Domain Names continue to show infringing content.  Further, the DRAMACOOL APP also continues to remain active and available for download through the Apple App Store, and continues to provide access to infringing content.

### COUNT 1
### (Copyright Infringement by All Defendants Except
### Unknown Registrant of ASIANWIKI.CO)
### [17 U.S.C. § 501]

71.     wA repeats and realleges the allegations of paragraphs 1 through 70 of this Complaint as if fully set forth herein.

72.     wA is the exclusive licensee having the right to distribute the Works in the United States under 17 U.S.C. § 106(3) & (5) and is entitled to seek damages for infringement of these rights under 17 U.S.C. § 501(b).

73.     The Works are not United States works as defined by Section 101 of the Copyright Act at least because each Work was first published in Korea.  Korea is a party to the Berne Convention, having become a member on August 21, 1996.  Thus, the registration requirement of 15 U.S.C. § 411(a) is excused as to the Works.

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

74.     Defendants Unknown Registrants of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO,          DRAMACOOL.BG,          DRAMACOOL.COM.TR, DRAMACOOL.COM.VC,          DRAMACOOL9.CO,          DRAMACOOL.TR DRAMACOOL.CO.BA and DRAMACOOL.BA, Asian C, the registrant of ASIANC.SH, Najeeb Ullah, the registrant of DRAMACOOL.COM.SO, and Minh Van Ngoc Mym, the developer of the DRAMACOOL APP unlawfully created copies of the Works and distributed the Works into the United States via the Domain Names and the DRAMACOOL APP.

75.     By distributing the Works to third parties in the United States via the Domain Names and the DRAMACOOL APP, Defendants distributed the Works without wA's authorization and in contravention of wA's exclusive rights to do the same.

76.     Defendants' unauthorized copying and distribution of the Works violates wA's exclusive rights under 17 U.S.C. § 106.

77.     Defendants' infringements have been deliberate, willful, and in utter disregard of wA's exclusive rights.

78.     As a direct and proximate result of Defendants' willful copyright infringement, wA has suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill.  wA is entitled to recover from Defendants, in amounts to be determined at trial, the damages it has sustained and will sustain, and any gains, profits, and advantages obtained by Defendants through their acts of infringement and distribution of the infringing content pursuant to 17 U.S.C. § 504(b).  At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by wA but will be established according to proof at trial.

79.     wA is also entitled to a preliminary and permanent injunction preventing Defendants from further infringing wA's exclusive rights.

//

125919924.5

- 23 -

**COUNT 2**

**(Contributory Copyright Infringement by Defendant Unknown Registrant of ASIANWIKI.CO)**

80.    wA repeats and realleges the allegations of paragraphs 1 through 79 of this Complaint as if fully set forth herein.

81.    At all times relevant herein, Defendant unknown registrant of ASIANWIKI.CO induced, encouraged, assisted, facilitated, and profited from the infringement of the Works occurring at DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH, access to which is advertised and distributed on ASIANWIKI.CO.

82.    Defendant unknown registrant of ASIANWIKI.CO's conduct, as set forth herein, constitutes contributory infringement of the Works and wA's exclusive rights under the Copyright Act in violation of 17 U.S.C. §§ 106, 115, and 501.

83.    Additionally, since at least August 19, 2024, Defendant unknown registrant of ASIANWIKI.CO, who is presently believed to be the same registrant or working in conjunction with the registrants of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH, knew that the hyperlink promoted and distributed on ASIANWIKI.CO directly leads visitors to infringing copies of the Works hosted by ASIANWIKI.CO.  Indeed, the only plausible reason why a website like ASIANWIKI.CO would exist, solely to provide a link to another webpage, is because the Defendant unknown registrant of ASIANWIKI.CO understands, knows, and expects that each of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH is likely to be shut down or blocked due to its illegal activity and will subsequently move to a new domain name to be provided by ASIANWIKI.CO.

84.    Defendant unknown registrant of ASIANWIKI.CO has taken affirmative steps to foster infringement occurring on DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, and ASIANC.SH by providing, advertising, and distributing updated

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

links to the infringing content present on these domain names, if such infringing content were to move to different domain names.

85.    wA is also entitled to a preliminary and permanent injunction preventing Defendant unknown registrant of ASIANWIKI.CO from furthering the infringement of wA's exclusive rights.

## **PRAYER FOR RELIEF**

WHEREFORE, wavve Americas, Inc. prays for:

1.    Pursuant to 17 U.S.C. § 502, a temporary, preliminary, and permanent injunction preventing Defendants from reproducing, distributing, or publicly displaying the Works or derivatives thereof, including but not limited to termination or cancellation of the Domain Names and the DRAMACOOL APP and a temporary, preliminary, and permanent injunction restraining Defendants from operating, registering, and/or hosting websites and operating and/or offering downloadable digital applications that infringe wA's exclusive rights to distribute the Works in the United States;

2.    Pursuant to 17 U.S.C. § 504, an award of all actual damages suffered by wavve Americas, Inc. including all direct and indirect profits earned by Defendants attributable to the infringement of the copyrighted Works;

3.    Pursuant to 17 U.S.C. § 505, an award of all costs and reasonable attorneys' fees incurred prosecuting this action;

4.    Recovery of any gains, profits and advantages Defendants have obtained as a result of Defendants' unlawful actions; and

5.    All such other and further relief as the Court deems proper.

DATED this 2nd day of October, 2024.

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Ryan D. Pont*
Kyle W. Kellar
Ryan D. Pont
*Attorneys for Plaintiff wavve Americas, Inc.*

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

1

## <u>JURY DEMAND</u>

2        wavve Americas, Inc. demands a jury trial on all issues for which a jury trial is

3  permitted.

4

5        DATED this 2nd day of October, 2024.

                                  Respectfully submitted,

6                          LEWIS ROCA ROTHGERBER
                          CHRISTIE LLP

7

8        By:  */s/Ryan D. Pont*
                     Kyle W. Kellar
                     Ryan D. Pont

9

10                  *Attorneys for Plaintiff wavve Americas, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA