# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　　Defendants. | No. CV-24-02667-PHX-KML<br><br>**ORDER** |

　　　　Plaintiff Wavve Americas Inc. seeks to extend the temporary restraining orders granted on November 4, 2024, and November 8, 2024. (Doc. 18.) After those orders Wavve served discovery on non-parties but "has not yet learned the identities of any of the domain name registrants and app developer, meaning [Wavve] has not yet been able to even directly communicate the [restraining orders] to the subject parties." (Doc. 18 at 2.) Good cause exists to extend the orders for an additional fourteen days to provide Wavve time to locate defendants and, once identified, immediately provide them with copies of a valid order.

　　　　Should Wavve be unable to identify any defendant before this order is set to expire, Wavve must file a statement identifying how it wishes to proceed. In particular, Wavve must state whether it wishes to extend the temporary restraining orders and, if so, the legal authority for doing so given the limitation in Rule 65(b).

　　　　Accordingly,

　　　　**IT IS ORDERED** the Motion to Extend Temporary Restraining Orders (Doc. 18)

is **GRANTED**. The ex parte temporary restraining orders, as outlined in the courts November 4, 2024, and November 8, 2024, orders are extended by 14 additional days.

**IT IS FURTHER ORDERED** if no defendant has been identified by December 2, 2024, no later than **December 3, 2024**, plaintiff shall file a statement explaining how it wishes to proceed regarding injunctive relief.

Dated this 19th day of November, 2024.

_____
Honorable Krissa M. Lanham
United States District Judge