**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Kyle W. Kellar** (Admitted *Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax: 626.577.8800
Email: kkellar@lewisroca.com

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email: rpont@lewisroca.com

**Nikith Chavali** (State Bar No. 039115)
Direct Dial: 602.262.5312
Direct Fax: 602.734.3769
Email: nchavali@lewisroca.com

*Attorneys for Plaintiff wavve Americas, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>Unknown Registrant Of dramanice.la;<br>Unknown Registrant Of runasian.net;<br>Unknown Registrant Of watchasia.to;<br>Unknown Registrant Of asianwiki.co;<br>Unknown Registrant Of dramacool.bg;<br>Unknown Registrant Of dramacool.com.tr;<br>Unknown Registrant Of dramacool.com.vc;<br>Unknown Registrant Of dramacool9.co;<br>Unknown Registrant Of dramacool.tr;<br>Unknown Registrant Of dramacool.co.ba;<br>Unknown Registrant Of dramacool.ba;<br>Asian C, an individual;<br>Najeeb Ullah, an individual; and<br>Minh Van Ngoc Mym, an individual,<br><br>    Defendants. | Case No. CV24-02667-PHX-KML<br><br>**UPDATE AS TO IDENTITY AND LOCATION OF REGISTRANTS AS PRODUCED BY CLOUDFLARE, INC. AND NOTICE OF ORDER FOR TEMPORARY RESTRAINING ORDER ON SAME** |

126973488.1

Pursuant to the Court's Order issued on November 4, 2024 (Dkt. 15)[1], Plaintiff wavve Americas, Inc. ("wA") hereby notifies the Court of the following:

- On December 13, 2024, in response to wA's subpoena, Cloudflare, Inc. ("Cloudflare") produced the email address associated with the domain names of ASIANWIKI.CO, WATCHASIA.TO, RUNASIAN.NET, DRAMANICE.LA, DRAMACOOL.BA, DRAMACOOL.BG, DRAMACOOL.CO.BA, DRAMACOOL.COM.TR, DRAMACOOLCOM.VC, DRAMACOOL.TR, and DRAMACOOL9.CO. A copy of the email address associated with each of these domain names as produced by Cloudflare is attached hereto as Exhibit 1.

- On December 14, 2024, wA's counsel provided a copy of the Court's Order to the email address associated with each of the domain names that continue to offer infringing content, including the domain names of DRAMACOOL.BA, DRAMACOOL.BG, DRAMACOOL.CO.BA, DRAMACOOL.COM.TR, DRAMACOOLCOM.VC, DRAMACOOL.TR, and DRAMACOOL9.CO. Within its email, counsel for wA also notified each registrant of wA's intent to file a Motion to Convert the Temporary Restraining Order to a Preliminary Injunction. Copies of each of these emails is attached as Exhibit 2.

- As of the filing of this Notice, only one domain name operator has responded to wA's emails. Specifically, on December 15, 2024, wA's counsel received a response from the email address najeebmirani788@gmail.com, which is associated with the domain name of DRAMACOOL.TR, a copy of which is attached as Exhibit 3. Within the email, the domain name operator alleges that "[t]his is a false case, I have read it completely and I have also spoken to my lawyer, he contacted the court and when he did, the court expressed ignorance." The domain name operator goes on to further allege that

---

[1] This Order was extended an additional 14 days (Dkt. 19) but has since expired.

"[s]oon we will bring those who sent this false case report to justice" and requested wA's counsel to "let us know the address of whoever sent you these reports." That same day, wA's counsel responded to this email, providing the requested contact details. A copy of wA's response is attached as Exhibit 4.

Dated this 18th day of December, 2024.

> Respectfully submitted,
> LEWIS ROCA ROTHGERBER CHRISTIE LLP
>
> By: *s/Nikith Chavali*
> Kyle W. Kellar
> Ryan D. Pont
> Nikith Chavali
>
> *Attorneys for Plaintiff*
> *wavve Americas, Inc.*