# Exhibit 1

| Domain Name | User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Website: | IP Address: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASIANWIKI.CO | 48791674 | asianwiki@dracache.com | Active | eb91bce22bc6cbe739d27ced10867aa9 | | | | | | | 113.185.77.190 |
| DRAMANICE.LA | 42838950 | dramanice@dracache.com | Active | 183b58eed40fcea354429887ac4713ab | | | | | | | 2402:800:6319:c2ec:51dd:4c96:e81d:f5b8 |
| RUNASIAN.NET | 48769886 | runasian@dracache.com | Active | 68f2eaf521e5595b199ee037ab0face4 | | | | | | | 2402:800:6315:3137:943c:3c2e:42da:6297 |
| WATCHASIA.TO | 64748219 | watchasian24@ddmail.pro | Active | 3649369ac55ac8de739b95ef2f54a31b | | | | | | | 45.77.33.224 |
| DRAMACOOL.BA | 12389725 | tamilstreams.com@gmail.c | Active | 24b509b7f3f8d45d998e696de5c8d917 | | | | | | | 103.255.4.247 |
| DRAMACOOL.CO.BA | 24457794 | najeebmirani920@gmail.co | Active | 210eba52c647039b9504fcb42b78e941 | | | | | | | 39.40.220.90 |
| DRAMACOOL.BG | 24457794 | najeebmirani920@gmail.co | Active | 210eba52c647039b9504fcb42b78e941 | | | | | | | 39.40.220.90 |
| DRAMACOOL.TR | 36116591 | najeebmirani788@gmail.co | Active | e74071cb36c23325758965532f63ecfd | | | | | | | 111.119.187.12 |
| DRAMACOOL.COM.TR | 64367975 | balramkumawat161@gmail | Active | 6a989150a5287c9ce91ad4ab2d82fa99 | | | | | | | 182.186.32.148 |
| DRAMACOOL.COM.VC | 46275146 | bakht3600@gmail.com | Active | 0f9ea5c64d7bc1308eea59c18d7861cb | | | | | | | 39.37.48.113 |
| DRAMACOOL9.CO | 10985266 | ellap0212@gmail.com | Active | f3d52a1e3f73b4f15f39525f22c5740d | | | | | | | 196.247.56.91 |

# Exhibit 2

# Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Saturday, December 14, 2024 10:18 PM |
| **To:** | tamilstreams.com@gmail.com |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | Court Order re: DRAMACOOL.BA |
| **Attachments:** | 2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavve's request for an ex parte temporary restrain(126572998.1).pdf |

To Whom It May Concern:

We represent wavve Americas, Inc. ("wA").  wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL.BA, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).

wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)..."  (**meaning that YOU shall promptly disable public access to DRAMACOOL.BA**).  (Order, pages 8-9).

Accordingly, we request that you promptly disable public access to DRAMACOOL.BA.  We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.

Please let us know if you have any questions.  We look forward to your prompt compliance with this Order.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



Case 2:24-cv-02667-KML    Document 25-1    Filed 12/18/24    Page 5 of 20

# Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Saturday, December 14, 2024 10:18 PM |
| **To:** | najeebmirani920@gmail.com |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | Court Order re: DRAMACOOL.CO.BA |
| **Attachments:** | 2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavve's request for an ex parte temporary restrain(126572998.1).pdf |

To Whom It May Concern:

We represent wavve Americas, Inc. ("wA"). wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL.CO.BA, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).

wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)…" (**meaning that YOU shall promptly disable public access to DRAMACOOL.CO.BA**). (Order, pages 8-9).

Accordingly, we request that you promptly disable public access to DRAMACOOL.CO.BA. We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.

Please let us know if you have any questions. We look forward to your prompt compliance with this Order.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



# Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Saturday, December 14, 2024 10:18 PM |
| **To:** | balramkumawat161@gmail.com |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | Court Order re: DRAMACOOL.COM.TR |
| **Attachments:** | 2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavve's request for an ex parte temporary restrain(126572998.1).pdf |

To Whom It May Concern:

We represent wavve Americas, Inc. ("wA"). wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL.COM.TR, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).

wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)..." (**meaning that YOU shall promptly disable public access to DRAMACOOL.COM.TR**). (Order, pages 8-9).

Accordingly, we request that you promptly disable public access to DRAMACOOL.COM.TR. We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.

Please let us know if you have any questions. We look forward to your prompt compliance with this Order.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



# Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Saturday, December 14, 2024 10:19 PM |
| **To:** | najeebmirani788@gmail.com |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | Court Order re: DRAMACOOL.TR |
| **Attachments:** | 2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavve's request for an ex parte temporary restrain(126572998.1).pdf |

To Whom It May Concern:

We represent wavve Americas, Inc. ("wA"). wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL.TR, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).

wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)…" (**meaning that YOU shall promptly disable public access to DRAMACOOL.TR**). (Order, pages 8-9).

Accordingly, we request that you promptly disable public access to DRAMACOOL.TR. We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.

Please let us know if you have any questions. We look forward to your prompt compliance with this Order.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



# Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Saturday, December 14, 2024 10:19 PM |
| **To:** | najeebmirani920@gmail.com |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | Court Order re: DRAMACOOL.BG |
| **Attachments:** | 2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavve's request for an ex parte temporary restrain(126572998.1).pdf |

To Whom It May Concern:

We represent wavve Americas, Inc. ("wA"). wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL.BG, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).

wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)…" (**meaning that YOU shall promptly disable public access to DRAMACOOL.BG**). (Order, pages 8-9).

Accordingly, we request that you promptly disable public access to DRAMACOOL.BG. We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.

Please let us know if you have any questions. We look forward to your prompt compliance with this Order.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



2

# Exhibit 3

# Chavali, Nikith

| | |
|---|---|
| **From:** | Najeeb Mirani <najeebmirani788@gmail.com> |
| **Sent:** | Sunday, December 15, 2024 1:08 PM |
| **To:** | Chavali, Nikith |
| **Subject:** | Re: Court Order re: DRAMACOOL.TR |

**CAUTION!** **[EXTERNAL to Lewis Roca]**

This is a false case, I have read it completely and I have also spoken to my lawyer, he contacted the court and when he did, the court expressed ignorance.
Soon we will bring those who sent this false case report to justice. Please let us know the address of whoever sent you these reports

On Sun, Dec 15, 2024 at 10:18 AM Chavali, Nikith <NChavali@lewisroca.com> wrote:

> To Whom It May Concern:
>
> We represent wavve Americas, Inc. ("wA"). wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of **DRAMACOOL.TR**, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).
>
> wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)…" (**meaning that YOU shall promptly disable public access to DRAMACOOL.TR**). (Order, pages 8-9).
>
> Accordingly, we request that you promptly disable public access to **DRAMACOOL.TR**. We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.
>
> Please let us know if you have any questions. We look forward to your prompt compliance with this Order.
>
> Kind regards,
>
> Nikith

1

**Nikith Chavali**
Associate

D. 602.262.5312

We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



---

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

# Exhibit 4

# Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Sunday, December 15, 2024 8:08 PM |
| **To:** | Najeeb Mirani |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | RE: Court Order re: DRAMACOOL.TR |

Dear Najeeb Mirani,

We represent wavve Americas, Inc. in this lawsuit. As requested, our contact details are provided below. Please have your lawyer contact us with any questions regarding this case. Thank you.

- **ADDRESS**

LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

- **PHONE AND EMAIL**

**Kyle W. Kellar**
Phone: 626-683-4590
Email: kkellar@lewisroca.com

**Nikith Chavali**
Phone: 602-262-5312
Email: nchavali@lewisroca.com

Kind regards,
Nikith

**Nikith Chavali**
Associate

NChavali@lewisroca.com
D. 602.262.5312

Click HERE to learn more about the Lewis Roca and Womble Bond Dickinson planned combination effective January 1, 2025.



**From:** Najeeb Mirani <najeebmirani788@gmail.com>
**Sent:** Sunday, December 15, 2024 1:08 PM
**To:** Chavali, Nikith <NChavali@lewisroca.com>
**Subject:** Re: Court Order re: DRAMACOOL.TR

**CAUTION! [EXTERNAL to Lewis Roca]**

This is a false case, I have read it completely and I have also spoken to my lawyer, he contacted the court and when he did, the court expressed ignorance.
Soon we will bring those who sent this false case report to justice. Please let us know the address of whoever sent you these reports

On Sun, Dec 15, 2024 at 10:18 AM Chavali, Nikith <NChavali@lewisroca.com> wrote:

> To Whom It May Concern:
>
> We represent wavve Americas, Inc. ("wA").  wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL.TR, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).
>
> wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)…"  (**meaning that YOU shall promptly disable public access to DRAMACOOL.TR**).  (Order, pages 8-9).
>
> Accordingly, we request that you promptly disable public access to DRAMACOOL.TR.  We will also shortly be filing a Motion to Convert the Order to a Preliminary Injunction.
>
> Please let us know if you have any questions.  We look forward to your prompt compliance with this Order.

Kind regards,

Nikith

**Nikith Chavali**
Associate

D. 602.262.5312

We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.

---

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

3