**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Kyle W. Kellar** (Admitted *Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax:  626.577.8800
Email:   kyle.kellar@wbd-us.com

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax:  602.734.3769
Email: ryan.pont@wbd-us.com

**Nikith Chavali** (State Bar No. 039115)
Direct Dial: 602.262.5312
Direct Fax:  602.734.3769
Email: nikith.chavali@wbd-us.com

*Attorneys for Plaintiff wavve Americas, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation, | Case No. 2:24-cv-02667-PHX-KML |
| Plaintiff, | **PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS BY ALTERNATIVE MEANS** |
| vs. | |
| Unknown Registrant Of dramanice.la;
Unknown Registrant Of runasian.net;
Unknown Registrant Of watchasia.to;
Unknown Registrant Of asianwiki.co;
Unknown Registrant Of dramacool.bg;
Unknown Registrant Of dramacool.com.tr;
Unknown Registrant Of dramacool.com.vc;
Unknown Registrant Of dramacool9.co;
Unknown Registrant Of dramacool.tr;
Unknown Registrant Of dramacool.co.ba;
Unknown Registrant Of dramacool.ba;
Asian C, an individual; Najeeb Ullah,
an individual; and Minh Van Ngoc Mym,
an individual, | |
| Defendants. | |

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

127247216.7

## I.   **INTRODUCTION**

On October 2, 2024, Plaintiff wavve Americas, Inc. ("wA" or "Plaintiff") filed its Complaint against the unknown registrants of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, ASIANWIKI.CO, DRAMACOOL.BG, DRAMACOOL.COM.TR, DRAMACOOL.COM.VC,          DRAMACOOL9.CO,          DRAMACOOL.TR, DRAMACOOL.CO.BA and DRAMACOOL.BA, Asian C., as the registrant of ASIANC.SH, Najeeb Ullah, as the registrant of DRAMACOOL.COM.SO, and Minh Van Ngoc Mym, as the developer of the DRAMACOOL APP (collectively, the "Defendants"). (Dkt. 1.)

In response to Court-permitted early third-party discovery against Namecheap, Inc. ("Namecheap"), NameSilo LLC ("Namesilo"), Cloudflare, Inc. ("Cloudflare"), and Apple Inc. ("Apple") (collectively, the "Service Providers"), wA has now learned the purported identity of each of the previously unknown registrants and developer, as respectively provided to each of the Service Providers.

Specifically, while wA requested the corresponding registrant's identity from each of the registrars of the Domain Names, only Namecheap, the registrar of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, ASIANWIKI.CO, and Namesilo, the registrar of DRAMACOOL9.CO, provided details of the respective registrant's identity of these domain names.  (*See* Declaration of Kyle W. Kellar In Support of wA's Motion for Leave to Serve Defendant by Alternative Means ["Kellar Decl."], ¶¶ 3, 4, Ex. A [filed concurrently herewith]; Dkt. 20-1, p. 5–7; Dkt. 21-1, p. 2.)  In addition to the registrant information received from Namecheap and Namesilo, wA also received account owner email address for each of the domains names from Cloudflare, which acts as the Content Delivery Network ("CDN") provider for each domain name.  (Dkt. 25-1, p. 2; Kellar Decl., ¶ 5.)

Additionally, while Apple has not yet provided the complete identity of Defendant Mym, the developer of the DRAMACOOL APP in response to wA's subpoena, this defendant's name and email address were gleened from the corresponding application

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

download page on Apple's App Store, and Apple did confirm the correct email address for Defendant Mym in subsequent three-way communications between counsel for wA, Apple, and Defendant Mym.  (Dkt. 1, ¶¶ 68–69; Dkt. 1-1, pp. 58–60.)

Counsel for wA has reviewed and researched the physical addresses of Asian C., and each of the Defendants provided by Namecheap and Namesilo; in every case, the Defendant provided an incorrect or incomplete address that is insufficient to effect service of process. Accordingly, lacking any other means to contact the Defendants, wA hereby requests that the Court permit wA to serve each of the Defendants via email pursuant to Fed. R. Civ. P. 4(f)(3) and 4(e)(1), and Ariz. R. Civ. P. 4(k), so that this lawsuit can efficiently proceed.

## II.    <u>LEGAL PRINCIPLES</u>

Fed. R. Civ. P. 4(f) provides that:

> an individual ... may be served at a place not within any judicial district of the United States:

(1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;
(2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice:
    (A) as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction;
    (B) as the foreign authority directs in response to a letter rogatory or letter of request; or
    (C) unless prohibited by the foreign country's law, by:
        (i) delivering a copy of the summons and of the complaint to the individual personally; or
        (ii) using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt; or
(3) by other means not prohibited by international agreement, as the court orders.

The Ninth Circuit, in *Rio Properties, Inc v. Rio Intern. Interlink*, 284 F.3d 1007, 1014 (9th Cir. 2002), stated that "as long as court-directed and not prohibited by an international agreement, service of process ordered under Rule 4(f)(3) may be accomplished

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

in contravention of the laws of the foreign country." Indeed, "service of process under Rule 4(f)(3) is neither a 'last resort' nor 'extraordinary relief'" and "is merely one means among several which enables service of process on an international defendant." *Id.* at 1015 (quoting *Forum Fin. Group, LLC v. President & Fellows of Harvard College*, 199 F.R.D. 22, 23 (D. Me. 2001)).

To avoid any doubt, the Ninth Circuit clarified that "we hold that Rule 4(f)(3) is an equal means of effecting service of process under the Federal Rules of Civil Procedure, and we commit to the sound discretion of the district court the task of determining when the particularities and necessities of a given case require alternate service of process under Rule 4(f)(3)." *Id.* at 1016.

Even when permitted by the Rules, "a method of service of process must also comport with constitutional notions of due process." *Id.* In other words, "the method of service crafted by the district court must be 'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.'" *Id.* at 1016–17 (quoting *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950).

In addition, Fed. R. Civ. P. 4(e)(1) provides that service upon a defendant residing within the United States may be made "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Further, under Ariz. R. Civ. P. 4.1(k), "If a party shows that the means of service provided in Rule 4.1(c) through Rule 4.1(j) are impracticable, the court may—on motion and without notice to the person to be served—order that service may be accomplished in another manner." And under New Jersey state court rules for service of process[1], "[i]f service cannot be made by any of the modes provided by this rule, any defendant may be served as provided by court order, consistent with due process of the law." N.J. Ct. R. 4:4-4(b)(3).

---

[1] The physical address of the purported registrant of DRAMANICE.LA, RUNASIAN.NET and ASIANWIKI.CO, Defendant Tommy USA, lists the United States as their country of residence and New Jersey as their state of residence. However, as further explained below, Defendant Tommy USA's purported physical address is incorrect and/or incomplete.

127247216.7

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

## III.   **ARGUMENT**

1   Pursuant to Fed. R. Civ. P. 4(f), a foreign defendant may be served by alternate means upon a showing that traditional means of service are impracticable, and the alternate method requested is reasonably calculated to apprise the interested parties of the pendency of the action.  See *Rio*, 284 F.3d at 1014, 1017 (internal citations omitted).

Courts recognize that in some circumstances, including when the defendant operates an online website, service of process via email may be the method that is the most likely to reach the defendant.  *Id.* at 1018 ("RII had neither an office nor a door; it had only a computer terminal. If any method of communication is reasonably calculated to provide RII with notice, surely it is email—the method of communication which RII utilizes and prefers.").  Indeed, requests for alternative service by email are routinely granted in this District, including in other cases filed by Plaintiff against different sets of domain name registrants.  See e.g., *Wavve Americas Inc. v. Unknown Party*, No. CV-24-02071-PHX-DWL, 2024 WL 4904397, at *4 (D. Ariz. Nov. 27, 2024) (permitting service via email); *Wavve Ams. Inc. v. Unknown Party*, No. CV-23-01819-PHX-MTL, 2023 U.S. Dist. LEXIS 167757, at *2–4 (D. Ariz. Sep. 20, 2023) (permitting service via email); *Liberty Media Holdings, LLC v. Vinigay.com*, No. CV 11-0280-PHX-LOA, 2011 WL 7430062, at *1 (D. Ariz. Mar. 3, 2011) (permitting service by email); *BMO Harris Bank, N.A. v. Guthmiller*, No. CV-14-00275-PHX-JAT, 2014 WL 2600362, at *1 (D. Ariz. June 10, 2014) (permitting service by email).

Pursuant to Fed. R. Civ. P. 4(e)(1), a domestic defendant may be served via alternative means, such as email, when traditional methods of service are impracticable. *See Graff v. Shinn*, No. CV-20-01179-PHX-ROS (DMF), 2024 WL 4120381, at *2 (D. Ariz. Sept. 9, 2024) (allowing service of process by alternative means, including via the defendant's last known email address, under Arizona rules regarding service of process); *Tyson v. Coinbase Glob., Inc.*, No. CV 23-22066 (KMW/EAP), 2024 WL 5126766, at *4-5 (D.N.J. Dec. 16, 2024) (allowing service of process via the use of a Non-fungible Token (NFT) to defendant's NFT account, under New Jersey rules regarding service of process).

127247216.7

This case revolves entirely around each of the Defendants' respective infringement of copyrighted works on the Internet via their respective domain names and the DRAMACOOL APP, and the physical address of each of these Defendants is unverified and, more importantly, incorrect, incomplete or presently unknown, as explained below.

**A.    Asian C as the Registrant of ASIANC.SH**

Asian C, the purported owner/registrant of ASIANC.SH is apparently an individual residing in Thailand, associated with the organization "NOne."  (Dkt. 1-1, pp. 16–20.)  Thailand is not a signatory to the Hague Convention,[2] and, thus, service on Defendant Asian C via email is not barred by the Hague Convention.

In the registrant information of ASIANC.SH as provided by Namecheap, Defendant Asian C lists Pathum Wan, Pathum, Pathum, Thailand 10330 as their physical address. (Dkt. 1-1, pp. 16–20; Kellar Decl. ¶ 6.)  But this address lacks any street number.  Instead, upon a reasonable investigation, Defendant Asian C's address is apparently an entire district in Bangok, Thailand and is not a valid address to effect service of process.  (*Id.*)  Further, wA's counsel was unable to locate the organization "NOne" having an address corresponding to the address provided by Defendant Asian C.  (*Id.*)

Moreover, service on Defendant Asian C via email is reasonably calculated to apprise him of this litigation.  As mentioned above, this litigation is based entirely around infringements occurring on the Internet via the Domain Names, including ASIANC.SH.  Thus, emailing Defendant Asian C at the email address they provided when registering the Domain Name of ASIANC.SH is reasonably calculated to reach him.

Indeed, in registering ASIANC.SH with Namecheap, Defendant Asian C was required to provide Namecheap with a valid email address, which was then required to be actively verified by clicking a responsive link sent to that email address[3].

---

[2] https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Thailand.html (last accessed January 17, 2024).

[3] *See*  ICANN's  Whois  Verification  Process  (available  at https://www.namecheap.com/support/knowledgebase/article.aspx/9305/5/icanns-whois-verification-process/) (last accessed January 17, 2025) ("When a **new domain** is registered, we will immediately send an email to the Registrant email address specified for the domain." ... "You must verify the email address by clicking on the link within **15 calendar days** after registration.  If you

127247216.7

Namecheap similarly informs its domain name registrants, including Defendant Asian C., that "[y]ou also understand that it is important for you to regularly monitor email sent to the email address associated with your account and domain names because, among other reasons, if a dispute arises regarding Services provided to you, you may lose your rights to receive the Services if you do not respond expeditiously to an email sent in conjunction therewith." (Dkt. 1-1, p. 68.) There is no similar process for verifying Defendant Asian C's physical address, which wA believes to be invalid or at the very least insufficient to be used to effect service of process.

Thus, there are substantial assurances that Defendant Asian C owns and is monitoring the email address associated with ASIANC.SH—asianc@draani.pro. Moreover, counsel for wA emailed a copy of the Court's Temporary Restraining Order (Dkt. 15) at this email on November 19, 2024, and did not receive any bounce back or other indication that the email was not successfully delivered. (Dkt. 20-1, pp. 2–3; Kellar Decl., ¶ 7.)

Therefore, because Defendant Asian C provided an incorrect or incomplete physical address in registering his domain names but self-provided his email address to Namecheap, verified it in the process of registering ASIANC.SH and understands his obligation to monitor it, service via email is not only reasonably calculated to provide this Defendant with actual notice of this lawsuit but is the most likely method to achieve this end. See *Facebook, Inc. v. Banana Ads, LLC*, No. C-11-3619 YGR, 2012 WL 1038752, at *2 (N.D. Cal. Mar. 27, 2012) (holding that "service by email appears to be not only reasonably calculated to provide actual notice to the Foreign Defendants but the method most likely to apprise the Foreign Defendants of the action").

Accordingly, wA respectfully requests that it be permitted to serve Defendant Asian C via the email address of asianc@draani.pro.

---

do not verify it within 15 calendar days, the domain will be suspended, and the DNS of the domain name will be changed.") (**emphasis** in original).

127247216.7

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

**B.    Tommy USA as the Registrant of DRAMANICE.LA, RUNASIAN.NET, and ASIANWIKI.CO**

Tommy USA, the purported owner/registrant of DRAMANICE.LA, RUNASIAN.NET, and ASIANWIKI.CO is apparently an individual residing in the United States. (Dkt. 20-1, p. 5, 6; Dkt. 21-1, p. 2; Kellar Decl., ¶ 8.)  The registrant information that Defendant Tommy USA provided to Namecheap lists Central Avenue, Jersey City, New Jersey 07306 as their physical address.  (*Id.*)  However, this address also lacks any street number.  (*Id.*)  Thus, Defendant Tommy USA's purported address is incomplete and/or incorrect, and is not a valid address to effect service of process.  (*Id.*)  Moreover, Defendant Tommy USA registered each of DRAMANICE.LA, RUNASIAN.NET, and ASIANWIKI.CO with Namecheap; thus, Defendant Tommy USA undertook the same email registration process and agreed to the same email monitoring requirements as Defendant Asian C, discussed above.  Indeed, on November 19, 2024, undersigned counsel separately emailed Defendant Tommy USA at tommyusa1985@outlook.com, the email address provided by Defendant Tommy USA to register each of DRAMANICE.LA, RUNASIAN.NET, and ASIANWIKI.CO with Namecheap, and did not receive any bounce back or other indication that any of the emails was not successfully delivered.  (Dkt. 20-1, p. 9, 12; Dkt. 21-1, p. 4; Kellar Decl., ¶ 9.)

Accordingly, wA respectfully requests that it be permitted to serve Defendant Tommy USA via the email address of tommyusa1985@outlook.com.

**C.    Watch Asia as the Registrant of WATCHASIA.TO**

Watch Asia, the purported owner/registrant of WATCHASIA.TO is apparently an individual residing in the Netherlands.  (Dkt. 20-1, p. 7.)  Although the Netherlands is a signatory to the Hague Convention[4], the Hague Convention does not apply "where the address of the person to be served with the document is not known." *Fornix Holdings LLC v. Pepin*, No. CV-22-01275-PHX-DWL, 2022 WL 4359086, at *2 (D. Ariz. Sept. 20, 2022)

---

[4] https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Netherlands.html (last accessed January 21, 2025).

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

(quoting Hague Convention, Art. 1); *Wavve*, No. CV-24-02071-PHX-DWL, 2024 WL 4904397, at *4 (distinguishing Media Trademark & Licensing Ltd. v. COINGEEKLTD.COM, 2021 WL 2895289 (D. Ariz. 2021)) ("Here, the Defendants' addresses are unknown, and therefore the Hague Service Convention does not apply and *Rio* controls.").

In the registrant information of WATCHASIA.TO as provided by Namecheap, Defendant Watch Asia lists Eibergsestraat 23, Haaksbergen, Overijssel, Netherlands 7481HE, as their physical address. (Dkt. 20-1, p. 7.) While the address provided by Defendant Watch Asia is facially complete, upon a reasonable investigation, this address apparently belongs to a restaurant—Eetsalon Menzing en IJssalon Menotti (https://www.eetsalonmenzing.nl/), with no discernable ties to Dramacool-affiliated domain names. (Kellar Decl., ¶ 10.)

Thus, because "the address of the person to be served," Defendant Watch Asia, remains unknown because they provided an incorrect address, the Hague Convention does not apply. *See Amazon.com, Inc. v. Liu*, No. C23-1375-RSL-SKV, 2024 WL 2959527, at *2 (W.D. Wash. June 12, 2024) (holding that "because the [Hague] Convention does not apply, it does not bar service by email").

Additionally, Defendant Watch Asia also registered WATCHASIA.TO with Namecheap; thus, this Defendant undertook the same email registration process and agreed to the same email monitoring requirements discussed above. Indeed, undersigned counsel emailed a copy of the Temporary Restraining Order (Dkt. 15) to Watch Asia at watchasian24@ddmail.pro on November 19, 2024, and did not receive any bounce back or other indication that the email was not successfully delivered. (Dkt. 20-1, p. 15; Kellar Decl., ¶ 11.)

Accordingly, wA respectfully requests that it be permitted to serve Defendant Watch Asia via the email address of watchasian24@ddmail.pro.

**D.    Dorothy Bradshaw as the Registrant of DRAMACOOL9.CO**

Dorothy Bradshaw, the purported owner/registrant of DRAMACOOL9.CO is apparently an individual residing in Vietnam. (Kellar Decl., Ex. A.) Although Vietnam is

127247216.7

1    a signatory to the Hague Convention[5], the Hague Convention does not apply to Defendant

2    Bradshaw because the physical address provided by this Defendant is incorrect, as

3    explained below.

4      The registrant information that Defendant Bradshaw provided to Namesilo lists 3664

5    Derry Rd, Ho Chi Minh, Ho Chi Minh L4T 1A8, Vietnam, as their physical address.  While

6    this address is facially complete, upon a reasonable investigation, this address is incorrect

7    and/or fictious.  In particular, Defendant Bradshaw lists "3664 Derry Rd" as the street,

8    which is seemingly located in the United States, and not Vietnam.  (Kellar Decl., ¶ 12, n. 1.)

9    Indeed, upon a reasonable investigation, wA's counsel could not locate any street having a

10   similar name in Vietnam.  (*Id.*)  Thus, Defendant Bradshaw's purported address is not a

11   valid address to effect service of process.  (*Id.*)

12     Moreover, Defendant Bradshaw registered DRAMACOOL9.CO with both

13   Namesilo and Cloudflare.  Similar to Namecheap, Namesilo and Cloudflare also require

14   registrants to provide a valid email address to use their services for their domain name[6].

15     wA previously emailed a copy of the Order to the email address provided by

16   Defendant Bradshaw to register DRAMACOOL9.CO with Namesilo,

17   contact@dramacool9.co, on December 5, 2024.  (Kellar Decl. Ex. B-1.)  However, the

18   email address provided by Defendant Bradshaw to Namesilo returned a bounce back

19   notification.  (*Id.* at Ex. B-2.)  On January 23, 2025, wA sent a test email to verify the email

---

[5] https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/VietNam.html (last accessed January 21, 2025).

[6] https://www.namesilo.com/support/v2/articles/general-terms/whois-email-verification (last accessed January 21, 2025) ("Our system will email the email address used as the Registrant contact role for all domains immediately upon registration or transfer completion of a domain. Also, removing WHOIS Privacy or updating the contact information used for the Registrant of a domain will trigger verification. We may also re-verify your email address if it has either been brought to our attention or we believe that your email address is no longer valid. The triggers listed above apply only to email addresses that have not been previously verified for the account holder.");  https://developers.cloudflare.com/fundamentals/setup/account/verify-email-address/#:~:text=For%20security%20reasons%2C%20Cloudflare%20attempts,%2D%2D%20without%20verifying%20your%20email (last accessed January 21, 2025) ("For security reasons, Cloudflare attempts to verify the email address associated with your account. You cannot perform certain tasks within the Cloudflare dashboard -- for example, adding a new member or updating your communication preferences -- without verifying your email.").

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

127247216.7

- 9 -

1    address provided by Defendant Bradshaw to Cloudflare, ellap0212@gmail.com, and did

2    not receive any bounce back or other indication that the test email was not successfully

3    delivered.  (*Id.* at ¶ 14; Ex. C.)

4        Accordingly, wA respectfully requests that it be permitted to serve Defendant

5    Bradshaw via the email address of ellap0212@gmail.com.

6    **E.    Najeeb    Ullah/Najeeb    Mirani    as    the    Registrant    of**

7    **DRAMACOOL.COM.SO,  DRAMACOOL.CO.BA,  DRAMACOOL.BG,  and**

8    **DRAMACOOL.TR**

9        Najeeb Ullah, the purported owner/registrant of DRAMACOOL.COM.SO, is an

10   individual residing in Pakistan.  (Dkt. 1-1, pp. 32, 33.)  While DRAMACOOL.COM.SO

11   was disabled by Registrar.eu (a domain name reseller also known as Openprovider), shortly

12   thereafter, wA's counsel discovered that web traffic to DRAMACOOL.COM.SO was being

13   redirected to DRAMACOOL.CO.BA.  (Kellar Decl., ¶ 15.)  As of the filing of this Motion,

14   web traffic to DRAMACOOL.COM.SO is still being redirected to DRAMACOOL.CO.BA.

15   Accordingly, it is believed that Najeeb Ullah operates each of DRAMACOOLCOM.SO and

16   DRAMACOOL.CO.BA.

17       In response to court-approved discovery, Cloudflare provided the email address

18   associated    with    the    owner/registrant    of    each    of    DRAMACOOL.CO.BA,

19   DRAMACOOL.BG and DRAMACOOL.TR, that was used to register these domains with

20   Cloudflare.  (Dkt. 25-1, p 2.)  While Cloudflare did not identify the names associated with

21   these owners/operators, upon a reasonable investigation, their respective email addresses

22   appear to refer to the same person—Najeeb Mirani (i.e., ***najeebmirani***920@gmail.com for

23   DRAMACOOL.CO.BA,    ***najeebmirani***920@gmail.com    for    DRAMACOOL.BG,    and

24   ***najeebmirani***788@gmail.com for DRAMACOOL.TR).  (*Id.*; Kellar Decl., ¶ 16.)

25       Moreover, in an effort to determine the identity of the registrant of each of the

26   above-mentioned domain names, wA's counsel discovered a LinkedIn account belonging

27   to a Najeeb Mirani located in Pakistan and claiming to be the purported "CEO [of]

28

127247216.7

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

1   Dramacool         Group,"        available         at        www.linkedin.com/in/najeeb-mirani/
2   ("Najeeb's LinkednIn Account").  (Kellar Decl., ¶ 17; Ex. D-1.)

3         wA's counsel further discovered a Facebook account belonging to a Najeeb Ullah
4   (Mirani), available at https://www.facebook.com/hello2mirani ("Najeeb's Facebook
5   Account").  (Kellar Decl., ¶ 18; Ex. D-2.)  Upon a reasonable investigation, Najeeb's
6   Facebook Account operates the Facebook page entitled "Dramacool Official Group,"
7   available at https://www.facebook.com/groups/dramacoolsr/about, and routinely publishes
8   posts promoting purported Dramacool-affiliated websites that offer infringing content.
9   (*Id.*, Ex. D-3.)

10        Tellingly, the profile picture of Najeeb's LinkednIn Account and Najeeb's Facebook
11  Account appear to be of the same individual.  (Kellar Decl., ¶ 19; Ex. D-2.)  Moreover,
12  Najeeb's Facebook Account includes the last names of both "Ullah" and "Mirani," which
13  respectively correspond to the name of the registrant of DRAMACOOL.COM.SO and the
14  email addresses associated with each of DRAMACOOL.CO.BA, DRAMACOOL.BG, and
15  DRAMACOOL.TR.  (*Id.* at Ex. D-2.)  Accordingly, it is believed that the registrant for each
16  of   the   Domain   Names   of   DRAMACOOLCOM.SO,   DRAMACOOL.CO.BA,
17  DRAMACOOL.BG and DRAMACOOL.TR is the same individual—Najeeb Ullah/Najeeb
18  Mirani.  (*Id.*).

19        Further, although Pakistan is a signatory to the Hague Convention[7], the Hague
20  Convention does not apply to Defendant Najeeb because wA has been unable to identify
21  the physical address of this Defendant beyond their country of residence.

22        Moreover, Najeeb was the only Defendant to respond to wA's communications,
23  albeit only temporarily.  (Dkt. 25-1, pp. 15, 16, 18–20.)  As described in wA's Third Notice
24  (Dkt 25), Najeeb initially responded to wA's email sent to the email address associated with
25  DRAMACOOL.TR, najeebmirani788@gmail.com.  Therefore, Najeeb monitors at least
26  this email address, and service to Defendant Najeeb via this email address is reasonably

27
28  [7] https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-
    Information/Pakistan.html (last accessed January 21, 2025).

127247216.7

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

apprised to give him notice regarding at least the Domain Names of DRAMACOOLCOM.SO, DRAMACOOL.CO.BA, DRAMACOOL.BG and DRAMACOOL.TR.

Accordingly, wA respectfully requests that it be permitted to serve Defendant Najeeb via the email address of najeebmirani788@gmail.com.

**E.    Minh Van Ngoc Mym as the Developer of the DRAMACOOL APP**

According to Apple, who hosts the DRAMACOOL APP on the Apple App Store, the email address associated with Defendant Mym is reed85098@gmail.com.  (Dkt. 1, ¶¶ 68–69; Dkt. 1-1, pp. 58–60; Kellar Decl. ¶ 20)

As a prerequisite to publishing the DRAMACOOL APP for download on Apple's App Store, Defendant Mym had to provide a valid email address to Apple, similar to the domain name-related registration requirements described above.  Indeed, on December 2, 2024, undersigned counsel emailed a copy of the Order to Defendant Mym at the email address provided by this Defendant to Apple, reed85098@gmail.com, and did not receive any bounce back or other indication that the email was not successfully delivered. (Dkt. 23-1, pp. 2, 3; Kellar Decl., ¶ 21.)

Accordingly, wA respectfully requests that it be permitted to serve Defendant Mym via the email address of reed85098@gmail.com.

**E.    Unknown Registrants of each of DRAMACOOL.BA, DRAMACOOL.COM.TR, and DRAMACOOL.COM.VC**

While the physical addresses of the Defendant registrants of each of DRAMACOOL.BA, DRAMACOOL.COM.TR, and DRAMACOOL.COM.VC are presently unknown and were not identified by Cloudflare, it did identify the email addresses associated with each registrant.  (Dkt. 25-1, p. 2; Kellar Decl. ¶ 22)

Similar to the Defendants above, these Defendant registrants of each of DRAMACOOL.BA, DRAMACOOL.COM.TR and DRAMACOOL.COM.VC, had to provide a valid email address to Cloudflare, to register their respective domain names with Cloudflare.  Indeed, on December 14, 2024, undersigned counsel separately emailed a copy

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

127247216.7

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

WOMBLE BOND DICKINSON

1    of the Temporary Restraining Order (Dkt. 15) to the registrant of DRAMACOOL.BA at

2    tamilstreams.com@gmail.com and to the registrant of DRAMACOOL.COM.TR at

3    balramkumawat161@gmail.com, the email addresses respectively provided by each of

4    these Defendants to Cloudflare. (Dkt. 25-1, pp. 4, 8.) These email addresses did not return

5    any bounce back or other indication that either of wA's emails was not successfully

6    delivered. (Kellar Decl., ¶ 23.) On January 23, 2025, wA sent a test email to verify the

7    email address of the registrant of DRAMACOOL.COM.VC, bakht3600@gmail.com, and

8    did not receive any bounce back or other indication that the test email was not successfully

9    delivered. (*Id.*)

10         Accordingly, wA respectfully requests that it be permitted to serve the Defendant

11   registrant of DRAMACOOL.BA via the email address of tamilstreams.com@gmail.com;

12   the Defendant registrant of DRAMACOOL.COM.TR via the email address of

13   balramkumawat161@gmail.com; and, the Defendant registrant of

14   DRAMACOOL.COM.VC via the email address of bakht3600@gmail.com.

15   **IV.    CONCLUSION**

16         For the reasons set forth above, wA respectfully requests that the Court permit it to

17   serve the Defendants via their respective email addresses identified above, pursuant to

18   Fed. R. Civ. P. 4(f)(3) and 4(e)(1), and Ariz. R. Civ. P. 4(k).

19

20         DATED this 30th day of January, 2025.

21                                             Respectfully submitted,

22                                             WOMBLE BOND DICKINSON (US) LLP

23

24                                             By:   *s/Nikith Chavali*
                                                    Kyle W. Kellar
25                                                  Ryan D. Pont
                                                    Nikith Chavali
26
                                               *Attorneys for Plaintiff wavve Americas, Inc.*
27

28

127247216.7