**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Kyle W. Kellar** (Admitted pro hac vice)
Direct Dial: 626.683.4590
Direct Fax: 626.577.8800
Email:  kyle.kellar@wbd-us.com

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email: ryan.pont@wbd-us.com

**Nikith Chavali** (State Bar No. 039115)
Direct Dial: 602.262.5312
Direct Fax:  602.734.3769
Email: nikith.chavali@wbd-us.com

*Attorneys for Plaintiff wavve Americas, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>Unknown Registrant Of dramanice.la;<br>Unknown Registrant Of runasian.net;<br>Unknown Registrant Of watchasia.to;<br>Unknown Registrant Of asianwiki.co;<br>Unknown Registrant Of dramacool.bg;<br>Unknown Registrant Of dramacool.com.tr;<br>Unknown Registrant Of dramacool.com.vc;<br>Unknown Registrant Of dramacool9.co;<br>Unknown Registrant Of dramacool.tr;<br>Unknown Registrant Of dramacool.co.ba;<br>Unknown Registrant Of dramacool.ba;<br>Asian C, an individual; Najeeb Ullah, an individual; and Minh Van Ngoc Mym, an individual,<br><br>        Defendants. | Case No. 2:24-cv-02667-PHX-KML<br><br>**DECLARATION OF KYLE W. KELLAR IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS BY ALTERNATIVE MEANS** |

I, Kyle W. Kellar, declare as follows:

1.     I am a partner with the law firm of Womble Bond Dickinson (US) LLP, and counsel for wavve Americas, Inc. ("wA" or "Plaintiff") in this action. I submit this declaration in support of wA's Motion for Leave to Serve Defendants by Alternative Means.

127285412.2

1  I make this declaration based on my personal knowledge and could competently testify to
2  the facts stated herein if called upon to do so.

3  2. I personally reviewed the websites that resolve from each of the domain
4  names at issue in this case, including DRAMANICE.LA, RUNASIAN.NET,
5  WATCHASIA.TO, ASIANWIKI.CO, DRAMACOOL.BG, DRAMACOOL.COM.TR,
6  DRAMACOOL.COM.VC, DRAMACOOL9.CO, DRAMACOOL.TR,
7  DRAMACOOL.CO.BA, DRAMACOOL.BA, ASIANC.SH and DRAMACOOL.COM.SO
8  ("Domain Names") and the DRAMACOOL APP (prior to their being disabled) for any
9  information that could identify the respective owners/operators, or contact information for
10 the same. I did not find any such information.

11 3. I have personally reviewed Namecheap, Inc.'s ("Namecheap") response to
12 Court-permitted early third-party discovery, which was received by wA's counsel on
13 November 18, 2024 (as to DRAMANICE.LA, RUNASIAN.NET and WATCHASIA.TO)
14 and November 22, 2024 (as to ASIANWIKI.CO), and is directed to the identity and location
15 of each of the previously unknown registrants of DRAMANICE.LA, RUNASIAN.NET,
16 WATCHASIA.TO and ASIANWIKI.CO. A true and correct copy of the discovery from
17 Namecheap was previously filed as pages 5–7 of Dkt. 20-1 and page 2 of Dkt. 21-1.

18 4. I have personally reviewed NameSilo LLC's ("Namesilo") response to Court-
19 permitted early third-party discovery, which was received by wA's counsel on December
20 5, 2024, and is directed to the identity and location of the previously unknown registrant of
21 DRAMACOOL9.CO. A true and correct copy of the Namesilo discovery is attached hereto
22 as **Exhibit A**.

23 5. I have personally reviewed Cloudflare, Inc.'s ("Cloudflare") response to
24 Court-permitted early third-party discovery, which was received by wA's counsel on
25 December 13, 2024, and is directed to the identity and location of each of the previously
26 unknown registrants of DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO,
27 ASIANWIKI.CO, DRAMACOOL.BG, DRAMACOOL.COM.TR,
28 DRAMACOOL.COM.VC, DRAMACOOL9.CO, DRAMACOOL.TR,

127285412.2

DRAMACOOL.CO.BA, and DRAMACOOL.BA, which identifies the email address of the respective registrants, but does not identify their physical addresses. A true and correct copy of the Cloudflare discovery was previously filed as page 2 of Dkt. 25-1.

6. I have personally reviewed the publicly available WHOIS information for ASIANC.SH, which was previously filed as pages 16–20 of Dkt. 1-1. According to the publicly available WHOIS information, the purported registrant of ASIANC.SH is "Asian C," who is associated with the organization "NOne," and has an email address of asianc@draani.pro and a physical address of Pathum Wan, Pathum, Pathum, Thailand 10330. However, without any street number, Defendant Asian C's listed address cannot be used to properly effect service of process. Moreover, upon a reasonable investigation, Defendant Asian C's address appears to refer to an entire district in Bangok, Thailand. Further, wA's counsel was unable to locate the organization "NOne" having an address corresponding to the seemingly incomplete physical address provided by Defendant Asian C.

7. On November 19, 2024, Nikith Chavali, an associate attorney working under my direction, emailed Defendant Asian C at asianc@draani.pro, a true and correct copy of which was previously filed as pages 2–3 of Dkt. 20-1, and did not receive any bounce back or other indication that the email was not successfully delivered.

8. According to Namecheap's discovery response, the purported registrant of DRAMANICE.LA, RUNASIAN.NET, and ASIANWIKI.CO appear to be the same person—"Tommy USA" with an email address of tommyusa1985@outlook.com, and a physical address at Central Avenue, Jersey City, New Jersey 07306. However, without any street number, this purported registrant's listed address cannot be used to properly effect service of process.

9. On November 19, 2024, Nikith Chavali emailed Defendant Tommy USA at tommyusa1985@outlook.com three separate times, with each email respectively corresponding to DRAMANICE.LA, RUNASIAN.NET, and ASIANWIKI.CO, true and correct copies of which were previously filed as pages 9 and 12 of Dkt. 20-1 and page 4 of

127285412.2

- 3 -

Dkt. 21-1. Nikith Chavali did not receive any bounce back or other indication that the email was not successfully delivered.

10. According to Namecheap's discovery response, the purported registrant of WATCHASIA.TO is "Watch Asia" with an email address of watchasian24@ddmail.pro, and a physical address at Eibergsestraat 23, Haaksbergen, Overijssel, Netherlands 7481HE. However, while this physical address appears facially complete, upon a reasonable investigation, this address apparently belongs to a restaurant—Eetsalon Menzing en IJssalon Menotti (https://www.eetsalonmenzing.nl/), with no discernable ties to Dramacool-affiliated domain names.

11. On November 19, 2024, Nikith Chavali emailed Defendant Watch Asian at watchasian24@ddmail.pro, a true and correct copy of which was previously filed as page 15 of Dkt. 20-1, and did not receive any bounce back or other indication that the email was not successfully delivered.

12. According to Namesilo's discovery response, the purported registrant of DRAMACOOL9.CO is "Dorothy Bradshaw" with an email address of contact@dramacool9.co, and a physical address at 3664 Derry Rd, Ho Chi Minh, Ho Chi Minh L4T 1A8, Vietnam. However, while this physical address appears facially complete, upon a reasonable investigation, the listed street address of "3664 Derry Rd" appears to be located in the United States[1], and not in Vietnam. Further, upon a reasonable investigation, no street having a similar name in Vietnam was located.

13. On December 5, 2024, Nikith Chavali attempted to email Defendant Bradshaw at contact@dramacool9.co, a true and correct copy of which is attached hereto as **Exhibit B-1**, which returned a bounce back notification that the email was not successfully delivered, a true and correct copy of which is attached hereto as **Exhibit B-2**.

14. According to Cloudflare's discovery response, the email that Defendant Bradshaw used to register DRAMACOOL9.CO with Cloudflare is ellap0212@gmail.com.

---

[1] The Zillow listing of the property located at 3664 Derry St, Harrisburg, Pennsylvania 17111 in the United States is available at: https://www.zillow.com/homedetails/3664-Derry-St-Harrisburg-PA-17111/86460174_zpid/ (last accessed January 17, 2025).

127285412.2

- 4 -

On January 23, 2025, Nikith Chavali sent a test email to verify this email address, a true and correct copy of which is attached hereto as **Exhibit C,** and did not receive any bounce back or other indication that the email was not successfully delivered.

15. I have personally reviewed the publicly available WHOIS information for DRAMACOOL.COM.SO, which was previously filed as pages 32 and 33 of Dkt. 1-1. According to the publicly available WHOIS information, the purported registrant of DRAMACOOL.COM.SO is "Najeeb Ullah," residing in Pakistan. While DRAMACOOL.COM.SO has now been disabled by the registrar, this domain name presently redirects to DRAMACOOL.CO.BA.

16. According to Cloudflare's discovery response, the email address of *najeebmirani*920@gmail.com is associated with DRAMACOOL.CO.BA, the email address of *najeebmirani*920@gmail.com is associated with DRAMACOOL.BG, and the email address of *najeebmirani*788@gmail.com is associated with DRAMACOOL.TR. Tellingly, each of these email address apparently references the same name—Najeeb Mirani.

17. In an effort to determine the identity of the registrant of each of the above-mentioned domain names, wA's counsel discovered a LinkedIn account belonging to a Najeeb Mirani located in Pakistan and claiming to be the purported "CEO [of] Dramacool Group," available at www.linkedin.com/in/najeeb-mirani/ ("Najeeb's LinkednIn Account"). A true and correct copy of Najeeb's LinkedIn account is attached hereto as **Exhibit D-1**.

18. wA's counsel further discovered a Facebook account belonging to a Najeeb Ullah (Mirani), available at https://www.facebook.com/hello2mirani ("Najeeb's Facebook Account"), a true and correct copy of which is attached hereto as **Exhibit D-2**. Upon a reasonable investigation, Najeeb's Facebook Account operates the Facebook page entitled "Dramacool Official Group," available at https://www.facebook.com/groups/dramacoolsr/about, and routinely publishes posts

201 East Washington Street, Suite 1200
Phoenix, AZ 85004
WOMBLE BOND DICKINSON

promoting purported Dramacool-affiliated websites that offer infringing content, a true and correct copy of a portion of which is attached hereto as **Exhibit D-3**.

19. Upon a reasonable investigation, the profile picture of Najeeb's LinkedIn Account and Najeeb's Facebook Account appear to be of the same individual. Moreover, Najeeb's Facebook Account includes the last names of both "Ullah" and "Mirani," which respectively correspond to the name of the registrant of DRAMACOOL.COM.SO and the email addresses associated with each of DRAMACOOL.CO.BA, DRAMACOOL.BG, and DRAMACOOL.TR. Accordingly, it is believed that the registrant for each of the Domain Names of DRAMACOOLCOM.SO, DRAMACOOL.CO.BA, DRAMACOOL.BG and DRAMACOOL.TR is the same individual—Najeeb Ullah/Najeeb Mirani.

20. According to the contact information available via Apple's App Store page for the DRAMACOOL APP, which was previously attached as pages 58–60 of Dkt. 1-1, and Apple's attempted communications with Defendant Mym (Dkt. 1, ¶¶ 68–69), the purported owner/developer of the DRAMACOOL APP is Minh Van Ngoc Mym, having an email address of reed85098@gmail.com. Despite being served with court-approved discovery on November 13, 2024, Apple has not yet identified the physical address of Defendant Mym.

21. On December 2, 2024, Nikith Chavali emailed Defendant Mym at reed85098@gmail.com, a true and correct copy of which was previously filed as pages 2 and 3 of Dkt. 23-1, and did not receive any bounce back or other indication that the email was not successfully delivered.

22. According to Cloudflare's discovery response, the email address used to register DRAMACOOL.BA with Cloudflare is tamilstreams.com@gmail.com; the email address used to register DRAMACOOL.COM.TR with Cloudflare is balramkumawat161@gmail.com; and the email address used to register DRAMACOOL.COM.VC with Cloudflare is bakht3600@gmail.com. However, Cloudflare's discovery response did not identify the physical address of any of the registrant(s) of these domain names.



23. On December 14, 2024, undersigned counsel separately emailed the registrant of DRAMACOOL.BA at tamilstreams.com@gmail.com and the registrant of DRAMACOOL.COM.TR at balramkumawat161@gmail.com, and did not receive any bounce back or other indication that either of wA's emails was not successfully delivered. On January 23, 2025, Nikith Chavali sent a test email to verify the email address of the registrant of DRAMACOOL.COM.VC, bakht3600@gmail.com, a true and correct copy of which is attached hereto as **Exhibit E**, and did not receive any bounce back or other indication that the test email was not successfully delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 30th day of 2025, at Los Angeles, California.

                                                                    /s/Kyle W. Kellar
                                                                   Kyle W. Kellar