Exhibit A

**Chavali, Nikith**

| | |
|---|---|
| **From:** | NameSilo Legal <legal@namesilo.com> |
| **Sent:** | Thursday, December 5, 2024 3:47 AM |
| **To:** | Chavali, Nikith |
| **Cc:** | legal@namesilo.com; Kellar, Kyle W.; Barr-Albright, Heather; grievanceofficer@namesilo.com |
| **Subject:** | Re:[## 836177 ##] Court Order re: DRAMACOOL9.CO |

**CAUTION!** [EXTERNAL to Lewis Roca]

Hi,

The registrant has been served.

This is the non-public registrant contact information:

Registrant
Dramacool
Dorothy Bradshaw
3664 Derry Rd
Ho Chi Minh, Ho Chi Minh L4T 1A8
VN
contact@dramacool9.co
Phone: +84.3475141722

Regards,
NameSilo Legal Team

---- on Wed, 20 Nov 2024 15:52:04 -0000 **"Chavali, Nikith"<nchavali@lewisroca.com>** wrote ----

Dear NameSilo Legal Team,

Yes, could you please:

1. Forward a copy of the Court Order (Dkt. 15) to the registrant of DRAMACOOL9.CO; and
2. Provide us with the identity of the registrant of DRAMACOOL9.CO, including their organization/full name, address, phone number, and email address.

We appreciate your cooperation.

Kind regards,
Nikith

**Nikith Chavali**
Associate

NChavali@lewisroca.com
D. 602.262.5312

Click HERE to learn more about the Lewis Roca and
Womble Bond Dickinson planned combination
effective January 1, 2025.

1



**From:** NameSilo Legal <legal@namesilo.com>
**Sent:** Wednesday, November 20, 2024 1:29 AM
**To:** Chavali, Nikith <NChavali@lewisroca.com>
**Cc:** legal@namesilo.com; Kellar, Kyle W. <KKellar@lewisroca.com>; Barr-Albright, Heather <HBarrAlbright@lewisroca.com>; grievanceofficer@namesilo.com
**Subject:** Re:[## 836177 ##] Court Order re: DRAMACOOL9.CO

**CAUTION! [EXTERNAL to Lewis Roca]**

Hi,

Please confirm these are the actions required from NameSilo:

1 - Forward the court order titled "2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavves request for an ex parte temporary restrain(126572998.1)" to the domain registrant.

2 - Provide the non-public registrant contact information.

Thank you.

Regards,
NameSilo Legal Team

---- on Wed, 13 Nov 2024 04:45:59 -0000 **"Chavali, Nikith"<nchavali@lewisroca.com>** wrote ----
Hi,

We represent wavve Americas, Inc. ("wA").  wA recently filed a copyright infringement lawsuit against various domain name registrants and the developer of a digital application, including the presently unknown registrant of DRAMACOOL9.CO, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).  Additional details are provided in the attached letter.

As part of that case, wA recently received a Court Order (Dkt. 15) requiring that Defendants, and those in active concert with Defendants, "shall promptly upon receipt of a copy of this Order disable public access to their respective domain name(s) and the app until further notice"  (Dkt. 15, pgs. 8–9), and permitting wA to determine the complete identity of each Defendant (Dkt. 15, pgs. 7–8).

Accordingly, we respectfully request your assistance in: 1) forwarding a copy of the attached Order to the registrant of DRAMACOOL9.CO; and 2) confirming his/her compliance with the Court Order (Dkt. 15), that is, that that the registrant promptly disable public access to DRAMACOOL9.CO.

We are further attaching to this email a subpoena issued by the United States District Court for the District of Arizona requesting the registrant information for DRAMACOOL9.CO. For your convenience, the responsive documents or information can be produced to us via email at kkellar@lewisroca.com.

Please let me know if you have any questions or if you need any further information.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination of Lewis Roca and Womble Bond Dickinson, effective January 1, 2025.

Click HERE to learn more about the combination.



This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

# Exhibit B-1

## Chavali, Nikith

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Thursday, December 5, 2024 10:25 AM |
| **To:** | contact@dramacool9.co |
| **Cc:** | Kellar, Kyle W.; Barr-Albright, Heather |
| **Subject:** | Court Order re: DRAMACOOL9.CO |
| **Attachments:** | 2024.11.04 _15-000_ ORDER - IT IS ORDERED the Wavve's request for an ex parte temporary restrain(126572998.1).pdf |

Dear Dorothy Bradshaw:

We represent wavve Americas, Inc. ("wA").  wA recently filed a copyright infringement lawsuit against various domain name registrants, including against the registrant of DRAMACOOL9.CO, in the United States, in the District of Arizona (Wavve Americas Incorporated v. Unknown Party, et al., No. CV-24-02667-PHX-KML (D. Az.)).

wA has received a Court Order (attached, hereinafter, the "Order")) requiring, *inter alia*, that Defendants, "and those in active concert with these defendants shall promptly, upon receipt of a copy of this Order, disable public access to their respective domain name(s)…"  (**meaning that YOU shall promptly disable public access to DRAMACOOL9.CO**).  (Order, pages 8-9).

Accordingly, we request that you promptly disable public access to DRAMACOOL9.CO.

Please let me know if you have any questions.  We look forward to your prompt compliance with this Order.

Kind regards,
Nikith

**Nikith Chavali**
Associate

D. 602.262.5312
We are excited to announce the planned combination
of Lewis Roca and Womble Bond Dickinson, effective
January 1, 2025.

Click HERE to learn more about the combination.



# Exhibit B-2

**Chavali, Nikith**

---

| | |
|---|---|
| **From:** | mimecastdigest@lewisroca.com |
| **Sent:** | Monday, December 9, 2024 6:31 AM |
| **To:** | Chavali, Nikith |
| **Subject:** | Your message couldn't be delivered |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



# Your message wasn't delivered

This is a bounce notification message indicating that an email you addressed to email address could not be accepted.

-- contact@dramacool9.co
-- Thu, 5 Dec 2024 17:25:13 +0000
-- Court Order re: DRAMACOOL9.CO

The problem appears to be :

-- Internal mail relay processing error

Temporary error looking up MX record

If you sent this message to multiple addresses, you'll receive a notification like this for every one that didn't arrive.



© 2003 - 2019 Mimecast Services Limited.

# Exhibit C

**Chavali, Nikith**

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Thursday, January 23, 2025 9:44 PM |
| **To:** | ellap0212@gmail.com |
| **Subject:** | Test Email |

This is to verify that the email address is valid and in use.

# Exhibit D-1



## Najeeb Mirani

CEO Dramacool Group

Taunsa, Punjab, Pakistan · Contact info

Dramacool Official Website ↗

156 followers · 158 connections

+ Follow    Message    More

## About

Love life, cheerful and lively personality, optimistic, willing to help others, willing to forge ahead, positive and diligent, team spirit, with solid professional

## Activity

156 followers

+ Follow

Najeeb Mirani posted this • 6mo



**Dramacool | Asian Drama, Movies and Shows English Sub Full HD**
www.dramacool.sr

Show all posts →

## Education

 Punjab Group Of Colleges
Jan 2011 - Feb 2018

## Skills

Off-Page SEO

Entertainment

Show all 11 skills →

## Interests

**Companies**    Newsletters    Schools

Google
35,674,212 followers
+ Follow

Akamai Technologies
399,115 followers
+ Follow

Show all companies →

Ad ···

Nikith, unlock your full potential with LinkedIn Premium

See who's viewed your profile in the last 365 days

Try for Free

## More profiles for you

 Victor Lucas · 3rd+
Desenvolvedor Fullstack @MCtech | React JS | Nest JS | Angular | Spring Boot | Typescript | Docker | e2e

+ Follow

Vivek Gobburu · 3rd+
Intern @ Inforida|Former Intern @ Truminds | IIT ISM Dhanbad| CSE'24

+ Follow

**Roberto argueta** · 3rd+
Roberto

Message

**Henry Lu** · 3rd+
Senior Product Engineer

Message

李业超 · 3rd
GLOBALFOUNDRIES · MTS

View profile

Show all

**Explore Premium profiles**

**Riley McDaniel** 🔲 · 2nd
Appellate and Litigation Associate at Bradley Arant Boult Cummings LLP

+ Connect

**David M.** 🔲 · 3rd+
Director at Optum

Message

**Dani Lee Sauer** 🔲 · 2nd
Associate at Milbank LLP

+ Connect

**Nicholas (Nic) Marais** 🔲 · 2nd
Senior Associate at Alston & Bird

+ Connect

**People you may know**
From Najeeb's industry

**Alexander V.**
Threat Analyst II

+ Connect

**Doug Hastings** 🔲
Lawyer to Lawyer Business Development Coach / Trainer for Lawyers and Law Firms

+ Connect

**Syed Abrar Jahin**
Application Engineer at Cadence

+ Connect

**Maya Thompson**
Financial Analyst at Appian Corporation

+ Connect

**Joseph Auclair** 🔲
Business Development at Quorum

+ Connect

Show all

Exhibit D-2



**Najeeb Ullah** ✔ (Mirani)

1.5K followers · 0 following

Posts   About   Photos   Reels   Videos   ···

### Intro

غافل نہ جانئیے مجھے، مصروفِ جنگ ہوں...
اس چپ میں ہے، جو کلام ہے آگ نکل گئے...

 Profile · Digital creator

🏢 Works at **Meta**

🏢 Works at **Fiverr**

🏢 Works at **Upwork**

🏢 Works at **Search Engine Optimizer (SEO)**

🏢 Works at **Blogger**

🎓 Studied at **Punjab College**

🏠 Lives in **Taunsa**

📍 From **Layyah**

❤️ Single

🎵 hello2merani

🎵 Hello2mirani

🌐 whatsapp.com/channel/0029VaGfYgHrDZXr
  rSBCA1L

### Photos                    See all photos



Najeeb Ullah ✔ shared a memory.
January 6 at 6:44 PM · 🌐

2 Years Ago
See your memories ›

 HaMad AhMed FaRaz🦋 is with Najeeb Ullah
January 7, 2023 · 🌐

کسی کی نظر میں اچھے بن کسی نظر میں برے بن 🖤 حقیقت میں جو
جیسا ہے پہ اس کی نظر میں Naveed Hashmi Attari Najeeb
ویسے ہیں 🤗💥. Mirani

🔵❤️ 9                                    4 💬

👍 Like              💬 Comment

View more comments

 Ahsan Taunsvi
Masha Allah 🥰
2w

Najeeb Ullah ✔
December 31, 2024 at 11:15 AM · 🌐

#2025 #happyNewyear

**facebook**

Log In



❤️😊 7    3 💬

👍 Like    💬 Comment

View more comments

**Qas Tas**
اللہ پاک سلامت رکھے لالا تیاکوں ہمیشہ 🌹❤️
وسدے رہووو 🌹❤️
2w

**Najeeb Ullah** ✔ shared a memory.
December 19, 2024 · 🌐

📷  **1 Year Ago**
See your memories ›

**Najeeb Ullah** ✔ is in Lahore, Pakistan.
December 18, 2023 · 🌐

اپنے ذہنی سکون کے لئے ہر چیز کو مختصر کرنا سیکھیں
الفاظ،احساسات،خواہشات اور لوگ 🖤



👍❤️🤗 19    5 💬

👍 Like    💬 Comment

View more comments

**Qas Tas**
❤️🌹
4w

**Najeeb Ullah** ✔
November 24, 2024 · 🌐

ہم ہیں شہر ویــران میں ٹھہــرے ہوئے مسافر
ہے درپیش طویل مسافت اور وحشت دہ سفر



34       17

Like     Comment

View more comments

**Shahid Khan Baloch**
MashaAllah
8w

Exhibit D-3











# Dramacool Official Group

🌐 Public group · **1.2K members**

Join group    ☐ **Share** ☐

About     Discussion     **People**     Events     Media     Files     ☐ ☐

**Members** · 1,194

New people and Pages who join this group will appear here. **Learn More**

☐ Find a member

**Admin** · 1

 **Najeeb Ullah** ✔
Admin
Works at WebTVAsia














# Exhibit E

**Chavali, Nikith**

| | |
|---|---|
| **From:** | Chavali, Nikith |
| **Sent:** | Thursday, January 23, 2025 9:47 PM |
| **To:** | bakht3600@gmail.com |
| **Subject:** | Test Email |

This is to verify that the email address is valid and in use.