**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Kyle W. Kellar** (Admitted *Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax:  626.577.8800
Email:  kyle.kellar@wbd-us.com

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax:  602.734.3769
Email: ryan.pont@wbd-us.com

**Nikith Chavali** (State Bar No. 039115)
Direct Dial: 602.262.5312
Direct Fax:  602.734.3769
Email: nikith.chavali@wbd-us.com

*Attorneys for Plaintiff wavve Americas, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Unknown Registrant Of dramanice.la;<br>Unknown Registrant Of runasian.net;<br>Unknown Registrant Of watchasia.to;<br>Unknown Registrant Of asianwiki.co;<br>Unknown Registrant Of dramacool.bg;<br>Unknown Registrant Of dramacool.com.tr;<br>Unknown Registrant Of dramacool.com.vc;<br>Unknown Registrant Of dramacool9.co;<br>Unknown Registrant Of dramacool.tr;<br>Unknown Registrant Of dramacool.co.ba;<br>Unknown Registrant Of dramacool.ba;<br>Asian C, an individual;<br>Najeeb Ullah, an individual; and<br>Minh Van Ngoc Mym, an individual,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02667-PHX-KML<br><br>**MOTION TO CONVERT THE TEMPORARY RESTRAINING ORDERS (DKTS. 15 AND 17) TO A PRELIMINARY INJUNCTION** |

127182383.1

1   Plaintiff wavve Americas, Inc. ("Plaintiff" or "wA") hereby moves the Court to
2   collectively convert the Temporary Restraining Orders granted on November 4, 2024
3   (Dkt. 15) and November 8, 2024 (Dkt. 17) (collectively, the "TRO") against Defendants to
4   a Preliminary Injunction pursuant to Federal Rules of Civil Procedure 7 and 65. Despite
5   the Court extending the TRO for an additional fourteen days (Dkt. 19), Defendants never
6   ceased their infringing conduct, which continues to this day. In light of Defendants'
7   ongoing copyright infringement, Plaintiff requests that the court convert the TRO to a
8   Preliminary Injunction, requiring Defendants to, *inter alia*, disable access to each of the
9   respective Domain Names[1] and the DRAMACOOL APP[2] that is operated by them.

10   Plaintiff previously moved this Court to schedule a Preliminary Injunction hearing
11   (Dkt. 23), which was denied on December 4, 2024, without reaching the substance of
12   Plaintiff's motion (Dkt. 24). In denying that motion, the Court noted that "[n]o defendant
13   has appeared and there do not appear to be any disputes of fact. In these circumstances, it
14   may be permissible to issue a preliminary injunction without holding oral argument or an
15   evidentiary hearing." (Dkt. 24, p. 2).

16   No Defendant has appeared despite multiple communications sent directly to the
17   registrant email addresses identified by Namecheap, Inc. ("Namecheap") or Cloudflare, Inc.
18   ("Cloudflare") thus far (Dkt. 26, pp. 1–2). Further, as detailed within Namecheap's domain
19   name registration agreement, Namecheap requires any domain registrant to provide a valid
20   email address (Dkt. 1-1, pp. 68, 71–72 [providing, *inter alia*, that "[Namecheap requires
21   that you must submit the following for both gTLDs and ccTLDs: name, postal address, e-
22   mail address, voice telephone number, and, if available, fax number" and "that it is
23   important for you to regularly monitor email sent to the email address associated with your
24   account and domain names"]). Similarly, Cloudflare also requires its users provide a

---

[1] Domain Names, as used herein, collectively refers to DRAMANICE.LA, RUNASIAN.NET, WATCHASIA.TO, ASIANC.SH, ASIANWIKI.CO, DRAMACOOL.BA, DRAMACOOL.BG, DRAMACOOL.CO.BA, DRAMACOOL.COM.TR, DRAMACOOLCOM.VC, DRAMACOOL.TR, DRAMACOOL.COM.SO, and DRAMACOOL9.CO

[2] The DRAMACOOL APP, as used herein, refers to the digital application previously available for download on Apple Inc.'s App Store, that is at issue in this case.

127182383.1
-1-

verified email address[3]. Thus, the email communications sent by Plaintiff's counsel to Defendants' respective email addresses as provided by Namecheap and/or Cloudflare would have reached the Defendants and put them on notice of this action and the applicable TRO.

Indeed, "[c]ourts have routinely found that electronic service of process, including email process, complies with these requirements when a plaintiff can demonstrate that the defendant will likely receive the email and thus notice of the suit." *DAG Ammo Corp. v. KM Trade d.o.o.,* No. 3:21CV332, 2021 WL 7933706, at *1 (E.D. Va. June 4, 2021) (collecting cases). Nevertheless, each of the Defendants refuses to respond or otherwise participate in this action.

Even the Defendant developer of the DRAMACOOL APP, Minh Van Ngoc Mym, has not replied to any of Apple Inc.'s ("Apple") email communications informing them of Plaintiff's copyright abuse report, nor has Defendant Mym responded to Plaintiff's counsel's email communications to their email address as provided by Apple (Dkt. 23, p. 2, Ex. A).

As the Court observes, "[n]o defendant has appeared and there do not appear to be any disputes of fact," (Dkt. 24, p. 2); thus, Plaintiff requests that the TRO be converted to a Preliminary Injunction without holding oral argument or an evidentiary hearing as Defendants have refused to participate in this action. *See Charlton v. Est. of Charlton*, 841 F.2d 988, 989 (9th Cir. 1988) (noting that a preliminary injunction hearing may be waived "when the facts are not in dispute, or when the adverse party has waived its right to a hearing").

//

---

[3] https://developers.cloudflare.com/fundamentals/setup/account/verify-email-address/#:~:text=For%20security%20reasons%2C%20Cloudflare%20attempts,%2D%2D%20without%20verifying%20your%20email (last accessed January 10, 2024) ("For security reasons, Cloudflare attempts to verify the email address associated with your account. You cannot perform certain tasks within the Cloudflare dashboard -- for example, adding a new member or updating your communication preferences -- without verifying your email.")

127182383.1

- 2 -

Accordingly, for the reasons set forth above, wA respectfully requests that the court convert the previously granted Temporary Restraining Orders (Dkt. 15 and 17) against Defendants to a Preliminary Injunction.

Dated this 30th day of January, 2024.

        Respectfully submitted,
        WOMBLE BOND DICKINSON (US) LLP

By:   *s/Nikith Chavali*
      Kyle W. Kellar
      Ryan D. Pont
      Nikith Chavali

*Attorneys for Plaintiff
wavve Americas, Inc.*

127182383.1

- 3 -