**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Kyle W. Kellar** (Admitted *Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax:  626.577.8800
Email:  kyle.kellar@wbd-us.com

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax:  602.734.3769
Email: ryan.pont@wbd-us.com

**Nikith Chavali** (State Bar No. 039115)
Direct Dial: 602.262.5312
Direct Fax:  602.734.3769
Email: nikith.chavali@wbd-us.com

*Attorneys for Plaintiff wavve Americas, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Unknown Registrant Of dramacool.ba;<br>Asian C, an individual;<br>Tommy USA, an individual;<br>Watch Asia, an individual;<br>Dorothy Bradshaw, an individual;<br>Najeeb Ullah Mirani, an individual;<br>Baidar Bakht, an individual; and<br>Minh Van Ngoc Mym, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-02667-PHX-KML<br><br>**PLAINTIFF'S RESPONSE TO COURT'S MINUTE ORDER RE FILING OF AO 120/AO 121** |

TO THE CLERK, U.S. DISTRICT COURT:

Plaintiff wavve Americas, Inc. hereby responds to the Court's Minute Order: Supplemental Request for Copyright, Trademark, or Patent Information (Dkt. Entry No. 43). Although jurisdiction is invoked under the Copyright Act, 17 U.S.C. § 501, the copyrights at issue in this matter are non-US (i.e., foreign originating) works that are not registered in the United States. Consequently, the AO 121 form was not filed with the First Amended Complaint for this proceeding.

Dated this 2nd day of April, 2025

Respectfully submitted,
WOMBLE BOND DICKINSON (US) LLP

By:   */s/ Kyle W. Kellar*
Kyle W. Kellar
Ryan D. Pont
Nikith Chavali

*Attorneys for Plaintiff*
*wavve Americas, Inc.*