**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas Incorporated, | No. CV-24-02667-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The court previously granted plaintiff permission to serve via email defendants Asian C., Tommy USA, Watch Asia, Dorothy Bradshaw, and Najeeb Ullah Mirani. (Doc. 31.) The court denied plaintiff's request to serve via email defendants Minh Van Ngoc Mym and the unknown registrants of Dramacool.ba, Dramacool.com.tr, and Dramacool.com.vc because there was insufficient evidence those defendants were outside the United States. (Doc. 31.) Plaintiff later filed an amended complaint that identified Baidar Bakht as the registrant of dramacool.com.tr, dramacool.com.vc., dramacooltv.cz, and dramacooli.cz.[1] The amended complaint still identifies the registrant of dramacool.ba as "unknown." (Doc. 42 at 2.)

On August 8, plaintiff filed a status report explaining it wished to dismiss Minh Van Ngoc Mym without prejudice. (Doc. 48 at 3.) Plaintiff also filed a motion for alternative

---

[1] The amended complaint alleged that after filing the original complaint, plaintiff identified additional domain names that were offering infringing content. (Doc. 42 at 3 at 2.) Baidar Bakht is identified as the registrant of some of the domain names that first appear in the amended complaint while Najeeb Ullah Mirani is identified as the registrant of one additional domain name. (Doc. 42 at 3 n.2.)

1  service that included evidence Baidar Bakht and the unknown registrant of dramacool.ba
2  reside in Pakistan. (Doc. 49 at 5-8.) Plaintiff requests permission to serve these defendants
3  via email. (Doc. 49.)

4  Based on the evidence plaintiff provides in the latest motion, the same analysis
5  performed in the court's March 17, 2025, order explaining why alternative service was
6  authorized on other defendants applies to Baidar Bakht and the unknown registrant of
7  dramacool.ba. (Doc. 31.) That analysis is incorporated here and plaintiff's latest motion for
8  alternative service is granted.

9  **IT IS ORDERED** the Motion for Leave to Serve Defendants by Alternative Means
10 (Doc. 49) is **GRANTED**. Within ten days of this order, plaintiff shall serve Baidar Bakht
11 and the unknown registrant of dramacool.ba with the First Amended Complaint via their
12 respective email addresses. Plaintiff shall also serve via email the First Amended
13 Complaint on all the other defendants.

14 **IT IS FURTHER ORDERED** defendant Minh Van Ngoc Mym is **DISMISSED**
15 **WITHOUT PREJUDICE**.

16 **IT IS FURTHER ORDERED** if defendants do not respond to the First Amended
17 Complaint by the applicable deadline, plaintiff shall apply for entry of default within five
18 days of the response deadline expiring. Plaintiff shall file a motion for default judgment
19 within ten days of defaults being entered.

20 Dated this 18th day of August, 2025.

*signature*

Honorable Krissa M. Lanham
United States District Judge